B1 (Official Form 1) (04/13)

| UNITED STATES BANKRUPTCY COURT<br>District of Delaware | VOLUNTARY PETITION |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>Simplexity, LLC | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names):<br>See Schedule 1 | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)/Complete EIN<br>(if more than one, state all):<br>45-0579770 | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)/Complete EIN<br>(if more than one, state all): |
| Street Address of Debtor (No. and Street, City, and State):<br>10790 Parkridge Blvd., Suite 200<br>Reston, VA<br>ZIP CODE 20191 | Street Address of Joint Debtor (No. and Street, City, and State):<br>ZIP CODE |
| County of Residence or of the Principal Place of Business:<br>Fairfax County | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>ZIP CODE | Mailing Address of Joint Debtor (if different from street address):<br>ZIP CODE |
| Location of Principal Assets of Business Debtor (if different from street address above):<br>ZIP CODE | |

| Type of Debtor<br>(Form of Organization)<br>(Check one box.) | Nature of Business<br>(Check one box.) | Chapter of Bankruptcy Code Under Which<br>the Petition is Filed (Check one box.) |
|---|---|---|
| ☐ Individual (includes Joint Debtors)<br>*See Exhibit D on page 2 of this form.*<br>☑ Corporation (includes LLC and LLP)<br>☐ Partnership<br>☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.) | ☐ Health Care Business<br>☐ Single Asset Real Estate as defined in 11 U.S.C. § 101(51B)<br>☐ Railroad<br>☐ Stockbroker<br>☐ Commodity Broker<br>☐ Clearing Bank<br>☑ Other | ☐ Chapter 7     ☐ Chapter 15 Petition for<br>☐ Chapter 9         Recognition of a Foreign<br>☑ Chapter 11       Main Proceeding<br>☐ Chapter 12   ☐ Chapter 15 Petition for<br>☐ Chapter 13       Recognition of a Foreign<br>                        Nonmain Proceeding |

| Chapter 15 Debtors | Tax-Exempt Entity<br>(Check box, if applicable.) | Nature of Debts<br>(Check one box.) |
|---|---|---|
| Country of debtor's center of main interests:<br><br>Each country in which a foreign proceeding by, regarding, or against debtor is pending: | ☐ Debtor is a tax-exempt organization under title 26 of the United States Code (the Internal Revenue Code). | ☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."   ☑ Debts are primarily business debts. |

| Filing Fee (Check one box.) | Chapter 11 Debtors |
|---|---|
| ☑ Full Filing Fee attached.<br><br>☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.<br><br>☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B. | Check one box:<br>☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).<br>☑ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).<br><br>Check if:<br>☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,490,925 (*amount subject to adjustment on 4/01/16 and every three years thereafter*).<br>- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -<br>Check all applicable boxes:<br>☐ A plan is being filed with this petition.<br>☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b). |

| Statistical/Administrative Information | THIS SPACE IS FOR COURT USE ONLY |
|---|---|
| ☐ Debtor estimates that funds will be available for distribution to unsecured creditors.<br>☑ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors. | |

Estimated Number of Creditors on a Consolidated Basis

| ☐ | ☐ | ☐ | ☑ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | Over 100,000 |

Estimated Assets on a Consolidated Basis

| ☐ | ☐ | ☐ | ☐ | ☐ | ☑ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

Estimated Liabilities on a Consolidated Basis

| ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☑ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

B1 (Official Form 1) (04/13)

Page 2

| **Voluntary Petition** *(This page must be completed and filed in every case.)* | **Name of Debtor(s):** Simplexity, LLC |
|---|---|

| **All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet.) | | |
|---|---|---|
| Location Where Filed: See Schedule 2 | Case Number: | Date Filed: |
| Location Where Filed: | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet.) | | |
|---|---|---|
| Name of Debtor: See Schedule 3 | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

| **Exhibit A** (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.) | **Exhibit B** (To be completed if debtor is an individual whose debts are primarily consumer debts.) I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter.  I further certify that I have delivered to the debtor the notice required by 11 U.S.C. § 342(b). |
|---|---|
| ☐  Exhibit A is attached and made a part of this petition. | X _____  Signature of Attorney for Debtor(s)      (Date) |

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐  Yes, and Exhibit C is attached and made a part of this petition.

☑  No.

**Exhibit D**

(To be completed by every individual debtor.  If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐  Exhibit D, completed and signed by the debtor, is attached and made a part of this petition.

If this is a joint petition:

☐  Exhibit D, also completed and signed by the joint debtor, is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**
(Check any applicable box.)

☑  Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐  There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐  Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes.)

☐  Landlord has a judgment against the debtor for possession of debtor's residence.  (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐  Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐  Debtor has included with this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐  Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

B1 (Official Form 1) (04/13)

Page 3

| Voluntary Petition<br>*(This page must be completed and filed in every case.)* | Name of Debtor(s):<br>Simplexity, LLC |
|---|---|

## Signatures

| Signature(s) of Debtor(s) (Individual/Joint) | Signature of a Foreign Representative |
|---|---|
| I declare under penalty of perjury that the information provided in this petition is true and correct.<br>[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12 or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.<br>[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. § 342(b).<br><br>I request relief in accordance with the chapter of title 11, United States Code, specified in this petition. | I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.<br><br>(Check only **one** box.)<br><br>☐ I request relief in accordance with chapter 15 of title 11, United States Code. Certified copies of the documents required by 11 U.S.C. § 1515 are attached.<br><br>☐ Pursuant to 11 U.S.C. § 1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached. |
| X _____<br>   Signature of Debtor<br><br>X _____<br>   Signature of Joint Debtor<br><br>_____<br>Telephone Number (if not represented by attorney)<br><br>_____<br>Date | X _____<br>   (Signature of Foreign Representative)<br><br>_____<br>(Printed Name of Foreign Representative)<br><br>_____<br>Date |

| Signature of Attorney* | Signature of Non-Attorney Bankruptcy Petition Preparer |
|---|---|
| X *Robert S Brady* 3/16/14<br>Signature of Attorney for Debtor(s)<br>  Robert S. Brady<br>Printed Name of Attorney for Debtor(s)<br>  Young Conaway Stargatt & Taylor, LLP<br>Firm Name<br><br>  1000 North King Street<br>  Wilmington, DE 19801<br>Address<br>  302-571-6600<br>Telephone Number<br>  03/16/2014<br>Date<br><br>*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect. | I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.<br><br>_____<br>Printed Name and title, if any, of Bankruptcy Petition Preparer<br><br>_____<br>Social-Security number (If the bankruptcy petition preparer is not an individual, state the Social-Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.) (Required by 11 U.S.C. § 110.) |

| Signature of Debtor (Corporation/Partnership) | |
|---|---|
| I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.<br><br>The debtor requests the relief in accordance with the chapter of title 11, United States Code, specified in this petition.<br><br>X _____<br>   Signature of Authorized Individual<br>  Frank C. Bennett III<br>Printed Name of Authorized Individual<br>  Chief Executive Officer<br>Title of Authorized Individual<br>  03/16/2014<br>Date | _____<br>Address<br><br>X _____<br>   Signature<br><br>_____<br>Date<br><br>Signature of bankruptcy petition preparer or officer, principal, responsible person, or partner whose Social-Security number is provided above.<br><br>Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual.<br><br>If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.<br><br>*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. § 156.* |

## SCHEDULE 1 TO VOLUNTARY PETITION

## <u>ALL OTHER NAMES USED WITHIN LAST 8 YEARS</u>

In the last eight (8) years, Simplexity, LLC has used the following additional names in the conduct of its business:

- INPC Acquisition Co., LLC
- Simplexity
- IBOCS
- VMC Satellite
- Cell Stores
- Dish by VMC Satellite
- Dish Network by VMC Satellite
- Dish Network by Wirefly Connect
- Wirefly
- Wirefly Connect
- WireflyMobile
- Wirefly Mobile Backup
- WC Satellite
- A1 Wireless
- Cellularchoices
- Point.com
- Cellularbuys.com
- Cellulardeals.com
- Mobilepro.com
- Great Alarms

In the last eight (8) years, Simplexity Services, LLC has used the following additional names in the conduct of its business:

- Simplexity MVNO Services, LLC

In the last eight (8) years, Adeptio INPC Holdings, LLC has used the following additional names in the conduct of its business:

- N/A

## SCHEDULE 2 TO VOLUNTARY PETITION

## ALL PRIOR BANKRUPTCY CASES FILED WITHIN LAST 8 YEARS

On November 8, 2007, certain predecessor entities (the "Previous Debtors") filed petitions for relief commencing cases (the "Previous Cases") under chapter 11 of title 11 of the United States Code, 11 U.S.C. §§ 101-1532, in the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court").  In the Previous Cases, the Bankruptcy Court entered its *Order (I) Approving Asset Purchase Agreement and Authorizing the Sale of Assets of Debtor Outside the Ordinary Course of Business, (II) Authorizing the Sale of Assets Free and Clear of All Liens, Claims, Encumbrances and Interests, (III) Authorizing the Assumption and Sale and Assignment of Certain Executory Contracts and Unexpired Leases and (IV) Granting Related Relief* [Docket No. 250] authorizing the sale of substantially all of the  Previous Debtors' assets to the debtor in this chapter 11 case and/or its affiliates.  While Simplexity, LLC only purchased assets from these Previous Debtors, this disclosure is made out of an abundance of caution.  The Previous Cases were closed on June 15, 2012.

InPhonic, Inc. – 07-11666(KG)
CAIS Acquisition, LLC – 07-11667(KG)
CAIS Acquisition II, LLC – 07-11668(KG)
SimIPC Acquisition Corp. – 07-11669(KG)
Star Number, Inc. – 07-11670(KG)
Mobile Technology Services, LLC – 07-11671(KG)
FON Acquisition, LLC – 07-11672(KG)
1010 Interactive, LLC – 07-11672(KG)

## SCHEDULE 3 TO VOLUNTARY PETITION

## **AFFILIATED ENTITIES**

On the date hereof, each of the affiliated entities listed below (including the debtor in this chapter 11 case) filed in this Court a petition for relief under chapter 11 of title 11 of the United States Code, 11 U.S.C. §§ 101-1532.  Contemporaneously with the filings of these petitions, such entities filed a motion requesting joint administration of their chapter 11 cases.

Simplexity, LLC

Simplexity Services, LLC

Adeptio INPC Holdings, LLC

## SECRETARY'S CERTIFICATE

The undersigned, Thomas A. Kennedy, Assistant Secretary of Simplexity, LLC (the "Company"), a Delaware limited liability company, hereby certifies on behalf of the Company, as the Assistant Secretary of the Company, and not in any individual capacity, as follows:

1.    I am the duly qualified and elected Assistant Secretary of the Company and, as such, am familiar with the facts herein certified, and I am duly authorized to certify same on behalf of the Company.

2.    Each of the following person is a duly elected, qualified and acting Manager of the Company:
      Manager ........................................................................ Paul Halpern
      Manager ........................................................................ Raymond C. French
      Manager ........................................................................ David S. Lorry

3.    Attached hereto as Annex A is a true and complete copy of the written consent of the Member of the Company.

4.    Attached hereto as Annex B is a true and complete copy of the resolutions of the Board of Managers of the Company.

5.    Such resolutions have not been amended, altered, annulled, rescinded or revoked in any manner and are in full force and effect as of the date hereof.

IN WITNESS WHEREOF, the undersigned has executed this certificate as of the 16th day of March, 2014.

_____
Thomas A. Kennedy
Assistant Secretary

**WRITTEN CONSENT OF
THE MEMBER OF**

**SIMPLEXITY, LLC**

**March 16, 2014**

---

Adeptio INPC Holdings, LLC (the "Member"), the sole Member of Simplexity, LLC, a Delaware limited liability company (the "Company"), in accordance with the Amended and Restated Limited Liability Company Agreement of the Company, dated December 21, 2007, does hereby consent in writing and approve in all respects the adoption of, and does hereby adopt, the following resolutions.

WHEREAS, the Member has reviewed the materials presented by management and the advisors of the Company regarding the liabilities and liquidity situation of the Company and the strategic alternatives available to the Company; and

WHEREAS, the Member has had the opportunity to consult with management and the advisors of the Company and has fully considered each of the strategic alternatives available to it;

NOW, THEREFORE, BE IT:

RESOLVED, that in the judgment of the Member, it is desirable and in the best interest of each of the Company, its creditors, customers, vendors, and other interested parties that a petition be filed by the Company commencing a case (the "Chapter 11 Case") and seeking relief under the provisions of chapter 11 of the Bankruptcy Code and the filing of such petition is hereby authorized; and it is further

RESOLVED, that the officers of the Company, including, without limitation, the Chief Executive Officer, the Chief Financial Officer and General Counsel (collectively, the "Authorized Officers"), be, and each hereby is, authorized and empowered, on behalf of and in the name of the Company, to execute and verify a petition in the name of the Company under chapter 11 of the Bankruptcy Code and to cause the same to be filed in the United States Bankruptcy Court for the District of Delaware in such form and at such time as the Authorized Officer(s) executing said petition on behalf of the Company shall determine; and it is further

RESOLVED, that the Authorized Officers, or any of them, be, and each hereby is, authorized and empowered, on behalf of and in the name of the Company, to execute, verify and/or file, or cause to be executed, verified and/or filed (or direct others to do so on their behalf as provided herein) all necessary documents, including, without limitation, all petitions, affidavits, statements, schedules, motions, lists, applications, pleadings and other papers, and in

that connection to utilize all assistance by legal counsel, accountants or other professionals, and to take any and all action which they deem necessary and proper in connection with the Chapter 11 Case, with a view to the successful prosecution of such case; and it is further

RESOLVED, that the Authorized Officers, or any one of them, be, and each hereby is, authorized and directed to employ the law firm of Young Conaway Stargatt & Taylor, LLP as general bankruptcy counsel to represent and assist the Company in carrying out the Company's duties under the Bankruptcy Code, and to take any and all actions to advance the Company's rights and obligations in connection with the Chapter 11 Case; and in connection therewith, the Authorized Officers, or any of them, be, and each hereby is, authorized and directed to execute appropriate retention agreements, pay appropriate retainers prior to and immediately upon filing of the Chapter 11 Case and cause to be filed an appropriate application or authority to retain the serves of Young Conaway Stargatt & Taylor, LLP; and it is further

RESOLVED, that the Authorized Officers, or any one of them, be, and each hereby is, authorized and directed to employ any individual and/or firm as professionals or consultants or financial advisors to the Company as are deemed necessary to represent and assist the Company in carrying out its duties under the Bankruptcy Code, and in connection therewith, the Authorized Officers are hereby authorized and directed to execute appropriate retention agreements, pay appropriate retainers and cause to be filed an appropriate application for authority to retain the services of such firms; and it is further

RESOLVED, that the Authorized Officers, or any one of them, be, and each hereby is, authorized and directed, to the extent necessary, to cause the Company to obtain and/or guarantee post-petition financing and/or use of cash collateral according to the terms negotiated, or to be negotiated, by the management of the Company or otherwise approved by the Bankruptcy Court; and the Company is hereby authorized and directed to take all actions necessary in connection therewith, including, without limitation (i) the incurrence of debtor in possession financing in such amounts and on such terms as the Authorized Officers deem necessary or advisable (the "DIP Financing"), (ii) the execution and delivery of any documents to evidence the DIP Financing, including, without limitation, all term sheets, credit agreements and notes, (iii) the incurrence and payment of fees, (iv) the execution and delivery of real property and personal property (including intellectual property) security agreements (and amendments, supplements and/or modifications thereto, as appropriate), (v) the granting of liens on and/or security interests in any and all assets of the Company, (vi) the authorization of filing and/or recording, as applicable, of financing statements, agreements, mortgages or any other documents evidencing and/or perfecting such liens or security interests and amendments to such financing statements, agreements, mortgages or other documents, and (vii) the execution and delivery of deposit, securities and/or other account control agreements (and amendments, supplements and/or other modifications thereto, as appropriate); and the Authorized Officers are hereby authorized and directed to execute any appropriate agreements and related ancillary documents on behalf of the Company in connection with the foregoing; and it is further

RESOLVED, that the Authorized Officers, or any one of them, be, and each hereby is, authorized and empowered, on behalf of and in the name of the Company, to negotiate and to enter into one or more purchase agreements for some, substantially all or all of the assets

01:15144530.2

2

of the Company and to pursue a sale of such assets, subject to approval of the Bankruptcy Court; and it is further

   RESOLVED, that the Authorized Officers, or any one of them, be, and each hereby is, authorized and empowered, on behalf of and in the name of the Company, to amend, supplement or otherwise modify from time to time the terms of any documents, certificates, instruments, agreements, financing statements, notices, undertakings or other writings referred to in the foregoing resolutions; and it is further

   RESOLVED, that the Authorized Officers be, and each of them hereby is, authorized and empowered, on behalf of and in the name of the Company, to take or cause to be taken any and all such further action and to execute, deliver, verify and/or file, or cause to be executed, delivered, verified and/or filed (or direct others to do so on its behalf as provided herein) all such further documents, agreements, instruments, financing statements, notices, undertakings, certificates and other writings; and it is further

   RESOLVED, that the Authorized Officers be, and each of them hereby is, authorized and empowered, on behalf of and in the name of the Company, to pay and direct the payment of all fees and expenses as in their judgment shall be necessary, appropriate, or advisable in the good faith judgment of such Authorized Officers to effectuate the purpose and intent of any and all of the foregoing resolutions; and it is further

   RESOLVED, that all acts lawfully done or actions lawfully taken by the Authorized Officer to seek relief on behalf of the Company under chapter 11 of the Bankruptcy Code, or in connection with the Chapter 11 Case, or any matter related thereto, be, and hereby are, adopted, ratified, confirmed and approved in all respects as the acts and deeds of the Company.

<u>ANNEX B</u>

**RESOLUTIONS OF**
**THE BOARD OF MANAGERS OF**

**SIMPLEXITY, LLC**

**March 16, 2014**

---

The Board of Managers (the "<u>Board of Managers</u>") of Simplexity, LLC, a Delaware limited liability company (the "<u>Company</u>"), acting pursuant to applicable law, does hereby adopt the following resolutions.

WHEREAS, the Board of Managers has reviewed the materials presented by management and the advisors of the Company regarding the liabilities and liquidity situation of the Company and the strategic alternatives available to the Company; and

WHEREAS, the Board of Managers have reviewed and considered the financial and operational condition of the Company, including the historical performance of the Company, the assets of the Company, the current and long-term liabilities of the Company and the market for the Company's products and services; and

WHEREAS, the Board of Managers has had the opportunity to consult with management and the advisors of the Company and has fully considered each of the strategic alternatives available to it; and

WHEREAS, the Board of Managers has received, reviewed and considered the recommendations of the senior management of the Company and the Company's legal, financial and other advisors as to the relative risks and benefits of pursuing a bankruptcy proceeding under chapter 11 of title 11 of the United States Code, 11 U.S.C §§ 101 et seq. (the "<u>Bankruptcy Code</u>");

NOW, THEREFORE, BE IT:

RESOLVED, that in the judgment of the Board of Managers, it is desirable and in the best interest of each of the Company, its creditors, customers, vendors, and other interested parties that a petition be filed by the Company commencing a case (the "<u>Chapter 11 Case</u>") and seeking relief under the provisions of chapter 11 of the Bankruptcy Code and the filing of such petition is hereby authorized; and it is further

RESOLVED, that the officers of the Company, including, without limitation, the Chief Executive Officer, the Chief Financial Officer and General Counsel (collectively, the "<u>Authorized Officers</u>"), be, and each hereby is, authorized and empowered, on behalf of and in the name of the Company, to execute and verify a petition in the name of the Company under

01:15153173.1

1

chapter 11 of the Bankruptcy Code and to cause the same to be filed in the United States Bankruptcy Court for the District of Delaware in such form and at such time as the Authorized Officer(s) executing said petition on behalf of the Company shall determine; and it is further

RESOLVED, that the Authorized Officers, or any of them, be, and each hereby is, authorized and empowered, on behalf of and in the name of the Company, to execute, verify and/or file, or cause to be executed, verified and/or filed (or direct others to do so on their behalf as provided herein) all necessary documents, including, without limitation, all petitions, affidavits, statements, schedules, motions, lists, applications, pleadings and other papers, and in that connection to utilize all assistance by legal counsel, accountants or other professionals, and to take any and all action which they deem necessary and proper in connection with the Chapter 11 Case, with a view to the successful prosecution of such case; and it is further

RESOLVED, that the Authorized Officers, or any one of them, be, and each hereby is, authorized and directed to employ the law firm of Young Conaway Stargatt & Taylor, LLP as general bankruptcy counsel to represent and assist the Company in carrying out the Company's duties under the Bankruptcy Code, and to take any and all actions to advance the Company's rights and obligations in connection with the Chapter 11 Case; and in connection therewith, the Authorized Officers, or any of them, be, and each hereby is, authorized and directed to execute appropriate retention agreements, pay appropriate retainers prior to and immediately upon filing of the Chapter 11 Case and cause to be filed an appropriate application or authority to retain the serves of Young Conaway Stargatt & Taylor, LLP; and it is further

RESOLVED, that the Authorized Officers, or any one of them, be, and each hereby is, authorized and directed to employ any individual and/or firm as professionals or consultants or financial advisors to the Company as are deemed necessary to represent and assist the Company in carrying out its duties under the Bankruptcy Code, and in connection therewith, the Authorized Officers are hereby authorized and directed to execute appropriate retention agreements, pay appropriate retainers and cause to be filed an appropriate application for authority to retain the services of such firms; and it is further

RESOLVED, that the Authorized Officers, or any one of them, be, and each hereby is, authorized and directed, to the extent necessary, to cause the Company to obtain and/or guarantee post-petition financing and/or use of cash collateral according to the terms negotiated, or to be negotiated, by the management of the Company or otherwise approved by the Bankruptcy Court; and the Company is hereby authorized and directed to take all actions necessary in connection therewith, including, without limitation (i) the incurrence of debtor in possession financing in such amounts and on such terms as the Authorized Officers deem necessary or advisable (the "DIP Financing"), (ii) the execution and delivery of any documents to evidence the DIP Financing, including, without limitation, all term sheets, credit agreements and notes, (iii) the incurrence and payment of fees, (iv) the execution and delivery of real property and personal property (including intellectual property) security agreements (and amendments, supplements and/or modifications thereto, as appropriate), (v) the granting of liens on and/or security interests in any and all assets of the Company, (vi) the authorization of filing and/or recording, as applicable, of financing statements, agreements, mortgages or any other documents evidencing and/or perfecting such liens or security interests and amendments to such

financing statements, agreements, mortgages or other documents, and (vii) the execution and delivery of deposit, securities and/or other account control agreements (and amendments, supplements and/or other modifications thereto, as appropriate); and the Authorized Officers are hereby authorized and directed to execute any appropriate agreements and related ancillary documents on behalf of the Company in connection with the foregoing; and it is further

RESOLVED, that the Authorized Officers, or any one of them, be, and each hereby is, authorized and empowered, on behalf of and in the name of the Company, to negotiate and to enter into one or more purchase agreements for some, substantially all or all of the assets of the Company and to pursue a sale of such assets, subject to approval of the Bankruptcy Court; and it is further

RESOLVED, that the Authorized Officers, or any one of them, be, and each hereby is, authorized and empowered, on behalf of and in the name of the Company, to amend, supplement or otherwise modify from time to time the terms of any documents, certificates, instruments, agreements, financing statements, notices, undertakings or other writings referred to in the foregoing resolutions; and it is further

RESOLVED, that the Authorized Officers be, and each of them hereby is, authorized and empowered, on behalf of and in the name of the Company, to take or cause to be taken any and all such further action and to execute, deliver, verify and/or file, or cause to be executed, delivered, verified and/or filed (or direct others to do so on its behalf as provided herein) all such further documents, agreements, instruments, financing statements, notices, undertakings, certificates and other writings; and it is further

RESOLVED, that the Authorized Officers be, and each of them hereby is, authorized and empowered, on behalf of and in the name of the Company, to pay and direct the payment of all fees and expenses as in their judgment shall be necessary, appropriate, or advisable in the good faith judgment of such Authorized Officers to effectuate the purpose and intent of any and all of the foregoing resolutions; and it is further

RESOLVED, that all acts lawfully done or actions lawfully taken by the Authorized Officer to seek relief on behalf of the Company under chapter 11 of the Bankruptcy Code, or in connection with the Chapter 11 Case, or any matter related thereto, be, and hereby are, adopted, ratified, confirmed and approved in all respects as the acts and deeds of the Company.

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

---------------------------------------------------------x
:    Chapter 11
In re:    :
:    Case No. _____ (____)
SIMPLEXITY, LLC, *et al.*,[1]    :
:    Joint Administration Requested
Debtors.    :
:
:
---------------------------------------------------------x

## CONSOLIDATED LIST OF CREDITORS HOLDING
## THE 25 LARGEST UNSECURED CLAIMS

The above-captioned debtors and debtors in possession in these chapter 11 cases

(collectively, the "Debtors") filed petitions in this Court for relief under chapter 11 of title 11 of

the United States Code, 11 U.S.C. §§101-1532 (the "Bankruptcy Code"). The following is a list

of the Debtors' creditors holding the twenty-five (25) largest unsecured claims (the

"Consolidated List") based on the Debtors' books and records as of February 14, 2014. The

Consolidated List does not include (i) persons who come within the definition of "insider" set

forth in section 101(31) of the Bankruptcy Code or (ii) secured creditors, including any

unsecured deficiency claims. The information herein shall not constitute an admission of

liability by, nor is it binding on, any Debtors with respect to all or any portion of the claims listed

below. The information herein, including the failure of the Debtors to list any claim as

contingent, unliquidated or disputed, does not constitute a waiver of the Debtors' right to contest

the validity, priority or any amount of the claim.

---

[1]    The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Simplexity, LLC (9770); Simplexity Services, LLC (2823) (together with Simplexity, LLC, the "Simplexity Debtors"); Adeptio INPC Holdings, LLC (4699) ("Adeptio," together with the Simplexity Debtors, the "Debtors"). The Simplexity Debtors' mailing address is 10790 Parkridge Blvd., Suite 200, Reston, VA 20191. Adeptio's mailing address is Cira Centre, 2929 Arch Street, Suite 1800, Philadelphia, PA 19104.

| | NAME OF CREDITOR, COMPLETE MAILING ADDRESS, AND EMPLOYEE, AGENT, OR DEPARTMENT OF CREDITOR FAMILIAR WITH CLAIM | NATURE OF CLAIM *(trade debt, bank loan, government contracts, etc.)* | INDICATE IF CLAIM IS CONTINGENT, UNLIQUIDATED, DISPUTED, OR SUBJECT TO SETOFF | AMOUNT OF CLAIM *(if secured, also state value of security)* |
|---|---|---|---|---|
| 1. | Sprint<br>135 S. LaSalle St.<br>Chicago, IL 60647<br><br>Phone: (888) 876-8381 Ext. 1000 | Trade | | $7,084,991 |
| 2. | Brightstar US<br>PO Box 534204<br>Atlanta, GA 30353<br><br>Phone: (877) 727-4448 | Trade | | $5,885,002 |
| 3. | Reliance Communications, LLC<br>555 Wireless Blvd.<br>Hauppauge, NY 11788<br><br>Phone: (631) 952-4800 Ext. 0113 | Trade | | $2,854,272 |
| 4. | Verizon Wireless<br>PO Box 64498<br>Baltimore, MD 21264 | Trade | | $1,198,497 |
| 5. | VXI Global Holdings B.V<br>SM Cyber2 Buendia<br>Makati City, Philippines 1200<br><br>Phone: (028) 992-2007 Ext. 1089 | Trade | | $710,071 |
| 6. | Expert Serv USA, LLC<br>39-40 30th St.<br>Long Island, NY 11101<br><br>Phone: (646) 387-2463 | Trade | | $560,239 |
| 7. | Microsoft Licensing, GP<br>6100 Neil Road<br>Reno, NV 89511 | Trade | | $373,248 |
| 8. | Equinix, Inc<br>4252 Solutions Center<br>Chicago, IL 60677<br><br>Phone: (866) 979-3749 | Trade | | $269,572 |

01:15152963.1

| | NAME OF CREDITOR, COMPLETE MAILING ADDRESS, AND EMPLOYEE, AGENT, OR DEPARTMENT OF CREDITOR FAMILIAR WITH CLAIM | NATURE OF CLAIM (trade debt, bank loan, government contracts, etc.) | INDICATE IF CLAIM IS CONTINGENT, UNLIQUIDATED, DISPUTED, OR SUBJECT TO SETOFF | AMOUNT OF CLAIM (if secured, also state value of security) |
|---|---|---|---|---|
| 9. | Applied Information Sciences, Inc. c/o Wells Fargo Bank Philadelphia, PA 19182  Phone: (443) 393-3548 | Trade | | $256,928 |
| 10. | Mobile Device Protection Association, LLP 7251 W. Palmetto Park Rd. Boca Raton, FL 33433  Phone:  (800) 654-5590  Ext. 0224 | Trade | | $254,187 |
| 11. | KPMG LLP Dept. 0522 P.O. Box 120001 Dallas, TX 75312  Phone:  (703) 286-8363 | Trade | | $245,000 |
| 12. | Google Inc. Dept 33654 PO Box 39000 San Francisco, CA 94139 | Trade | | $196,431 |
| 13. | TigerDirect, Inc. 7795 W Flagler Street Ste 35 Miami, FL 33144  Phone:  (866) 310-3100 | Trade | | $184,648 |
| 14. | Radio Shack 300 Radio Shack Circle Fort Worth, TX 76102  Phone: (817) 415-8955 | Trade | | $133,408 |
| 15. | ID Analytics, Inc. 15253 Avenue of Science San Diego, CA 92128  Phone: (858) 312-6283 | Trade | | $109,718 |

01:15152963.1

| | NAME OF CREDITOR, COMPLETE MAILING ADDRESS, AND EMPLOYEE, AGENT, OR DEPARTMENT OF CREDITOR FAMILIAR WITH CLAIM | NATURE OF CLAIM (trade debt, bank loan, government contracts, etc.) | INDICATE IF CLAIM IS CONTINGENT, UNLIQUIDATED, DISPUTED, OR SUBJECT TO SETOFF | AMOUNT OF CLAIM (if secured, also state value of security) |
|---|---|---|---|---|
| 16. | CDW Direct, LLC C/O The Northern Trust Corporation 50 S. LaSalle St Chicago, IL 60675 Phone: (847) 410-6260 | Trade | | $102,352 |
| 17. | Computer Enterprises, Inc. 1000 Omega Dr. Pittsburgh, PA 15205 Phone: (412) 341-3541 | Trade | | $94,320 |
| 18. | Clearpath Solutions Group 2465 Centreville Road Herndon, VA 20171 Phone: (703) 949-9426 | Trade | | $158,947 |
| 19. | Infinite Computer Solutions, Inc 15201 Diamondback Drive Rockville, MD 20850 Phone: (301) 795-1286 | Trade | | $73,696 |
| 20. | Target Corporation Attn: Andy Pezalla 33 South 6th Street Minneapolis, MN 55402 Phone: (612) 304-0991 | Trade | | $62,061 |
| 21. | Yahoo Search Marketing PO Box 3003 Carol Stream, IL 60132 Phone: (626) 685-5600 | Trade | | $58,761 |
| 22. | Concentric Cloud Solutions/XO Communication PO Box 970205 Dallas, TX 75397 Phone: (503) 972-6538 | Trade | | $58,405 |

01:15152963.1

| | NAME OF CREDITOR, COMPLETE MAILING ADDRESS, AND EMPLOYEE, AGENT, OR DEPARTMENT OF CREDITOR FAMILIAR WITH CLAIM | NATURE OF CLAIM *(trade debt, bank loan, government contracts, etc.)* | INDICATE IF CLAIM IS CONTINGENT, UNLIQUIDATED, DISPUTED, OR SUBJECT TO SETOFF | AMOUNT OF CLAIM *(if secured, also state value of security)* |
|---|---|---|---|---|
| 23. | Staples, Inc. 500 Staples Dr. Framingham, MA 01702 | Trade | | $58,210 |
| 24. | 5 Linx Enterprises 275 Kenneth Dr. Rochester, NY 14623  Phone: (585) 334-4598 | Trade | | $55,980 |
| 25. | Sam's West, Inc. 2101 SE Simple Savings Dr. Bentonville, AR 72716  Phone: (479) 277-7894 | Trade | | $55,438 |

01:15152963.1

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

```
-------------------------------------------------------x
                                    :    Chapter 11
In re:                              :
                                    :    Case No. _____ (___)
SIMPLEXITY, LLC, et al.,¹           :
                                    :    Joint Administration Requested
        Debtors.                    :
                                    :
                                    :
-------------------------------------------------------x
```

## CERTIFICATION CONCERNING CONSOLIDATED LIST OF CREDITORS
## HOLDING THE 25 LARGEST UNSECURED CLAIMS

The above-captioned debtors and debtors in possession in these chapter 11 cases (collectively, the "Debtors") hereby certify under penalty of perjury that the *Consolidated List of Creditors Holding the 25 Largest Unsecured Claims* (the "Consolidated List"), submitted herewith, is complete and to the best of the Debtors' knowledge correct and consistent with the Debtors' books and records.

The information contained herein is based upon a review of the Debtors' books and records. However, no comprehensive legal and/or factual investigations with regard to possible defenses to any claims set forth in the Consolidated List have been completed. Therefore, the listing does not and should not be deemed to constitute: (1) a waiver to any defense to any listed claim; (2) acknowledgement of the allowability of any listed claim; and/or (3) waiver of any other right or legal position of the Debtors.

---

¹    The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Simplexity, LLC (9770); Simplexity Services, LLC (2823) (together with Simplexity, LLC, the "Simplexity Debtors"); Adeptio INPC Holdings, LLC (4699) ("Adeptio," together with the Simplexity Debtors, the "Debtors"). The Simplexity Debtors' mailing address is 10790 Parkridge Blvd., Suite 200, Reston, VA 20191. Adeptio's mailing address is Cira Centre, 2929 Arch Street, Suite 1800, Philadelphia, PA 19104.

01:15152963.1

I declare under penalty of perjury that the foregoing is true and correct.

Dated: March 16, 2014

Frank C. Bennett III
Chief Executive Officer of the Simplexity
Debtors on behalf of the Debtors

01:15152963.1

2

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

```
-------------------------------------------------------x
                                          :  Chapter 11
In re:                                    :
                                          :  Case No. _____ (___)
SIMPLEXITY, LLC, et al.,¹                 :
                                          :  Joint Administration Requested
            Debtors.                      :
                                          :
                                          :
-------------------------------------------------------x
```

## CORPORATE OWNERSHIP STATEMENT OF
## SIMPLEXITY, LLC

In accordance with Rules 1007(a)(1) and 7007.1 of the Federal Rules of Bankruptcy Procedure, the Debtor submits the following information:

| Corporate Equity Holder | Address of Corporate Equity Holder | Interest |
|---|---|---|
| Adeptio INPC Holdings, LLC | c/o Versa Capital Management, LLC<br>Cira Centre<br>2929 Arch Street<br>Suite 1800<br>Philadelphia, PA 19104 | 100% |

---

[1]    The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Simplexity, LLC (9770); Simplexity Services, LLC (2823) (together with Simplexity, LLC, the "Simplexity Debtors"); Adeptio INPC Holdings, LLC (4699) ("Adeptio," together with the Simplexity Debtors, the "Debtors"). The Simplexity Debtors' mailing address is 10790 Parkridge Blvd., Suite 200, Reston, VA 20191. Adeptio's mailing address is Cira Centre, 2929 Arch Street, Suite 1800, Philadelphia, PA 19104.

## DECLARATION

I, Frank C. Bennett III, Chief Executive Officer of Simplexity, LLC, declare under penalty of perjury that I have read the foregoing Corporate Ownership Statement and that it is true and correct to the best of my knowledge, information and belief.

Dated: March 16, 2014
      Reston, Virginia

By: _____
Name:  Frank C. Bennett III

01:15144520.1