**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| SIMPLEXITY, LLC, *et al.*,[1] | : | Case No. 14-10569 (KG) |
| Debtors. | : | Joint Administration Requested |

**NOTICE OF AGENDA OF MATTERS SCHEDULED FOR**
**HEARING ON MARCH 19, 2014 AT 10:30 A.M. (ET)**

**I.   PETITIONS AND RELATED FIRST DAY PLEADINGS**

1. Voluntary Petition Packages

    a. Simplexity, LLC [Case No. 14-10569]
    b. Simplexity Services, LLC [Case No. 14-10570]
    c. Adeptio INPC Holdings, LLC [Case No. 14-10571]

2. Declaration of Frank C. Bennett III in Support of Chapter 11 Petitions and First Day Relief [D.I. 9, 3/17/14]]

**II.   FIRST DAY APPLICATIONS AND MOTIONS GOING FORWARD**

3. Debtors' Motion for an Order Authorizing Joint Administration of Their Chapter 11 Cases Pursuant to Bankruptcy Rule 1015 and Local Rule 1015-1 [D.I. 10, 3/17/14]

4. Debtors' Motion for an Order (I) Approving Cash Management System; (II) Authorizing Use of Prepetition Bank Accounts and Checks; and (III) Waiving the Requirements of 11 U.S.C. §345(b) on an Interim Basis [D.I. 11, 3/17/14]

5. Debtors' Motion for Entry of Interim and Final Orders, Pursuant to Section 105(a) and 366 of the Bankruptcy Code, (I) Prohibiting Utility Companies from Altering, Refusing, or Discontinuing Utility Services, (II) Deeming Utility Companies Adequately Assured of Future Performance, and (III) Establishing Procedures for Determining Adequate Assurance of Payment [D.I. 13, 3/17/14]

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Simplexity, LLC (9770); Simplexity Services, LLC (2823) (together with Simplexity, LLC, the "Simplexity Debtors"); and Adeptio INPC Holdings, LLC (4699) ("Adeptio"). The Simplexity Debtors' mailing address is 10790 Parkridge Blvd., Suite 200, Reston, VA 20191. Adeptio's mailing address is Cira Centre, 2929 Arch Street, Suite 1800, Philadelphia, PA 19104.

6. Emergency Motion of the Debtors, for Entry of Interim and Final Orders Pursuant to 11 U.S.C. §§ 105, 361, 362, 363(c), 364(c)(1), 364(c)(2), 364(c)(3), 364(d)(1), and 364(e) and Fed. R. Bankr. P. 2002, 4001 and 9014 (i) Authorizing Debtors (a) to Obtain Post-Petition Secured Financing and (b) to Utilize Cash Collateral, (ii) Granting Adequate Protection to Pre-Petition Secured Parties and (iii) Scheduling a Final Hearing [D.I. 14, 3/17/14]

Dated: March 17, 2014
Wilmington, Delaware

YOUNG CONAWAY STARGATT & TAYLOR, LLP

*/s/Kenneth J. Enos*
Robert S. Brady (No. 2847)
Edmon L. Morton (No. 3856)
Kenneth J. Enos (No. 4544)
Justin P. Duda (No. 5478)
Rodney Square
1000 North King Street
Wilmington, Delaware 19801
Telephone: (302) 571-6600
Facsimile: (302) 571-1253

*Proposed Counsel for Debtors and Debtors in Possession*

01:15153611.1