IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | ) | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| SIMPLEXITY, LLC, *et al.*,[1] | ) | Case No. 14-10569 (KG) |
| | ) | |
| Debtors. | ) | Joint Administration Requested |
| | ) | |

**NOTICE OF APPEARANCE AND**
**DEMAND FOR NOTICES AND PAPERS**

PLEASE TAKE NOTICE that the attorneys set forth below hereby appear as counsel for Fifth Third Bank and demand, pursuant to Rules 2002, 9007 and 9010(b) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), that all notices given in the above-captioned cases and all papers served or required to be served in the above-captioned cases, be given to and served upon the undersigned attorneys, at the addresses set forth below:

| | |
|---|---|
| Michael J. Merchant | Randall L. Klein |
| Paul N. Heath | Jeremy M. Downs |
| Zachary I. Shapiro | Prisca M. Kim |
| RICHARDS, LAYTON & FINGER, P.A. | GOLDBERG KOHN LTD. |
| One Rodney Square | 55 East Monroe Street, Suite 3300 |
| 920 North King Street | Chicago, Illinois  60603-5792 |
| Wilmington, Delaware 19801 | Phone:  (312) 201-4000 |
| Telephone:  (302) 651-7700 | Fax:  (312) 332-2196 |
| Facsimile:  (302) 651-7701 | Email:  randall.klein@goldbergkohn.com |
| Email:  merchant@rlf.com | jeremy.downs@goldbergkohn.com |
| heath@rlf.com | prisca.kim@goldbergkohn.com |
| shapiro@rlf.com | |

PLEASE TAKE FURTHER NOTICE that the foregoing demand includes not only the notices and papers referred to in the Bankruptcy Rules, but also includes, without limitation,

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Simplexity, LLC (9770); Simplexity Services, LLC (2823) (together with Simplexity, LLC, the "Simplexity Debtors"); and Adeptio INPC Holdings, LLC (4699) ("Adeptio"). The Simplexity Debtors' mailing address is 10790 Parkridge Blvd., Suite 200, Reston, VA 20191. Adeptio's mailing address is Cira Centre, 2929 Arch Street, Suite 1800, Philadelphia, PA 19104.

2

orders and notices of any application, motion, petition, pleading, request, complaint, or demand, whether formal or informal, whether written or oral and whether transmitted or conveyed by mail, delivery, telephone, or otherwise.

PLEASE TAKE FURTHER NOTICE that this appearance and demand for notice is neither intended as nor is it a consent of Fifth Third Bank to jurisdiction of the Bankruptcy Court nor, specifically but not limited to, a waiver of (i) Fifth Third Bank's right to trial by jury in any proceeding so triable herein, or in any case, controversy or proceeding related hereto; (ii) Fifth Third Bank's right to have the reference withdrawn by the District Court in any matter subject to mandatory or discretionary withdrawal; or (iii) any other rights, claims, actions, defenses, set-offs, or recoupments to which Fifth Third Bank is or may be entitled under any agreement, in law, or in equity, all of which rights, claims, actions, defenses, set-offs, and recoupments Fifth Third Bank expressly reserves.

Dated: March 18, 2014
      Wilmington, Delaware

/s/ *Zachary I. Shapiro*
Michael J. Merchant (No. 3854)
Paul N. Heath (No. 3704)
Zachary I. Shapiro (No. 5103)
RICHARDS, LAYTON & FINGER, P.A.
One Rodney Square
920 North King Street
Wilmington, Delaware 19801
Telephone: (302) 651-7700
Facsimile: (302) 651-7701
Email: merchant@rlf.com
      heath@rlf.com
      shapiro@rlf.com

- and -

Randall L. Klein
Jeremy M. Downs
Prisca M. Kim
GOLDBERG KOHN LTD.
55 East Monroe Street, Suite 3300
Chicago, Illinois 60603-5792
Telephone: (312) 201 4000
Facsimile: (312) 332 2196
Email: randall.klein@goldbergkohn.com
      jeremy.downs@goldbergkohn.com
      prisca.kim@goldbergkohn.com

*Attorneys for Fifth Third Bank*