## Annex B

## Budget

The Budget is intended to fund the minimum necessary expenses and professional fees, as determined by the DIP Agent in its sole discretion, in furtherance of an orderly sale of Simplexity's businesses for the minimum time necessary to obtain long-term DIP financing or consummate a sale of Simplexity's business lines.

[Budget TBD]

Simplexity LLC and Simplexity Services LLC

## DIP Budget

US$ in '000s

| | Week # | 1 | 2 | 3 | 4 | 5 | 6 | |
|---|---|---|---|---|---|---|---|---|
| | Ending | 23-Mar | 30-Mar | 6-Apr | 13-Apr | 20-Apr | 27-Apr | TOTAL |
| Begin Cash Balance | | - | - | - | 110,396 | 36,031 | - | |
| **Operating Cash Flows** | | | | | | | | |
| Operating Receipts (MDP collections) | | 44,346 | 44,346 | 44,346 | 44,346 | 44,346 | 44,346 | 266,075 |
| AR Collections/ Sale of Inventory | | - | - | 400,000 | 83,000 | - | - | 483,000 |
| Total Collections | | 44,346 | 44,346 | 444,346 | 127,346 | 44,346 | 44,346 | 749,075 |
| **Operating Disbursements** | | | | | | | | |
| Personnel | | (110,300) | (72,800) | (110,300) | (72,800) | (72,800) | (72,800) | (511,800) |
| Utilities | | | | | (41,750) | | | (41,750) |
| Telecomm / Equipment Leases | | | | | (37,161) | | | (37,161) |
| Rent | | | | (108,793) | | | | (108,793) |
| License Fees | | | | | | | | - |
| Hosting | | | (89,857) | | | | | (89,857) |
| Total Operating Disbursements | | (110,300) | (72,800) | (308,950) | (151,711) | (72,800) | (72,800) | (789,361) |
| **Bankruptcy & Restructure Costs** | | | | | | | | |
| Deposits | | | (20,000) | | | | | (20,000) |
| Debtors' counsel | | (75,000) | (25,000) | (25,000) | (25,000) | (25,000) | (25,000) | (175,000) |
| UCC counsel | | | | | (25,000) | | (25,000) | (50,000) |
| Claims Agent | | | | | | | (20,000) | (20,000) |
| UST Fees | | | | | | | (13,650) | (13,650) |
| Total Bnkr. & Restr. Disbursements | | (75,000) | (45,000) | (25,000) | (50,000) | (25,000) | (58,650) | (278,650) |
| Total Disbursements | | (185,300) | (117,800) | (333,950) | (201,711) | (97,800) | (131,450) | (1,068,011) |
| Net Cash Flow before DIP | | (140,954) | (73,454) | 110,396 | (17,423) | (17,423) | (87,104) | (172,510) |
| DIP Borrowing / (Payments) | | 140,954 | 73,454 | - | - | 17,423 | 87,104 | 318,936 |
| Net cash inflow / (outflow) | | - | - | 110,396 | (17,423) | - | - | |
| Ending Cash balance | | (140,954) | (73,454) | 110,396 | 36,031 | (17,423) | (87,104) | |
| **DIP FACILITY ACTIVITY** | | | | | | | | |
| Beginning Balance | | - | 140,954 | 214,408 | 214,408 | 214,408 | 231,832 | |
| Net Borrowing / (Payment) | | 140,954 | 73,454 | - | - | 17,423 | 87,104 | |
| Capitalized Interest | | | | | | | 2,560 | |
| Capitalized Fees | | | | | | | | |
| Ending Balance | | 140,954 | 214,408 | 214,408 | 214,408 | 231,832 | 321,496 | |
| DIP Commitment | | 500,000 | 500,000 | 500,000 | 500,000 | 500,000 | 500,000 | |
| Availability | | 359,046 | 285,592 | 285,592 | 285,592 | 268,168 | 181,064 | |

DRAFT - SUBJECT TO REVIEW