

PORTLAND, OREGON
SEATTLE, WASHINGTON
VANCOUVER, WASHINGTON
CENTRAL OREGON
WWW.MILLERNASH.COM

4400 Two Union Square
601 Union Street
Seattle, Washington 98101-2352

OFFICE 206.622.8484
FAX 206.622.7485

**John R. Knapp, Jr., P.C.**
john.knapp@millernash.com
(206) 777-7430 direct line

March 21, 2014

**BY FIRST-CLASS MAIL AND
ELECTRONIC MAIL**

Robert S. Brady, Esq.
Young Conaway Stargatt & Taylor, LLP
Rodney Square
1000 North King Street
Wilmington, Delaware  19801

Subject:     *In re Simplexity, LLC, et al.*, Chapter 11 Case No. 14-10569-KG
             Reclamation Demand and Demand for Payment of Administrative Claim

Dear Bob:

This firm represents T-Mobile USA, Inc., as successor by merger to MetroPCS Wireless, Inc. d/b/a MetroPCS ("MetroPCS").  Simplexity, LLC and affiliates (collectively, "Simplexity") filed for Chapter 11 bankruptcy on March 16, 2014 (the "Petition Date"), in the United States Bankruptcy Court for the District of Delaware. MetroPCS shipped certain Goods (as defined below) to Simplexity, and Simplexity took possession of such Goods after the Petition Date or in the 45 days before the Petition Date.

Section 2-702 of the Uniform Commercial Code provides that where a seller discovers that a buyer received goods on credit while insolvent, the seller may reclaim the goods upon written demand made within 10 days of receipt of the goods by the buyer.  Section 546(c) of the Bankruptcy Code extends the lookback period to 45 days before the Petition Date.  In addition, a demand for reclamation covering that 45-day period may be made within 20 days after the Petition Date.

Pursuant to those statutes, MetroPCS hereby demands the return of the goods listed on the invoices attached as Exhibit A hereto and incorporated by reference herein, plus any other goods sold by MetroPCS that are not listed on Exhibit A, received by Simplexity in the 45-day period before the Petition Date or thereafter (collectively, the "Goods").

Robert S. Brady, Esq.
March 21, 2014
Page 2

       Based upon the information currently available to MetroPCS, it believes that Simplexity received the Goods on credit while insolvent within the 45-day period before the Petition Date or on or after the Petition Date.  The value of the Goods is at least $26,711.41.  As of the date of this letter, no part of the purchase price has been paid for the Goods.  Accordingly, MetroPCS demands that the Goods be returned to it immediately.  In addition, MetroPCS further demands that the Goods be separately segregated for return to MetroPCS.  Simplexity is expressly prohibited from consuming or further consuming any of the Goods or making any sales or further sales of the Goods to others.  The Goods shall be held in trust for MetroPCS pending their return.

       Moreover, MetroPCS is entitled to and demands payment of the value of any Goods received by Simplexity on or after the Petition Date and during the 20 days prior to the Petition Date.  MetroPCS holds an administrative claim for Goods received on or after the Petition Date, and Section 503(b)(9) also grants an administrative claim to sellers of goods received by a debtor in the ordinary course of business in the 20-day period before the Petition Date.  MetroPCS's books and records regarding Goods received by Simplexity during that 20-day period or from and after the Petition Date show that Simplexity owes MetroPCS at least $18,727.74 as an administrative expense claim.

       Please promptly confirm that Simplexity will honor MetroPCS's reclamation demand and payment demand for the Goods.

Very truly yours,

John R. Knapp, Jr., P.C.

Enclosures
cc:    Susan Hacker (via e-mail)
       Simplexity, LLC, Attn: Chief Executive Officer (via regular mail)

# INVOICE



877-706-8684

| Date | Invoice Number | Customer Number |
|------|---------------|-----------------|
| 02/10/14 | 100400754994 | 314494 |

| AMOUNT DUE | AMOUNT ENCLOSED |
|------------|-----------------|
| 2,175.67 | |

S O L D  SIMPLEXITY LLC
T O  10790 PARKRIDGE BLVD
STE 200
RESTON VA  20191

S H I P  SIMPLEXITY LLC
T O  9301 Peppercorn Pl
Largo, MD  20774-5305

For prompt service, please detach and return the top portion with payment to the address below.

| SALES REP. | P.O. NUMBER | SHIPPED VIA | | TERMS | | | FOB |
|------------|-------------|-------------|---|-------|---|---|-----|
| B315 | 72250 | FXG3 | | 30 DAYS NET | | | DESTINATION |
| **Item** | **Description** | | **Quantity** | **Unit Price** | **Extend Price** | **Order No.** | **Package No.** |
| 610214632371 | SAM T599 PEBBLE GRAY TMUS KIT | | 10 | 77.40 | 774.00 | 98913535 | 0018979970 |
| 610214633583 | LG MS500 OPTIMUS F6 BLK TMUS | | 10 | 139.30 | 1,393.00 | 98913535 | 0018979972 |

FOR STANDARD MAIL REMITTANCE SEND TO:

METRO PCS
1194 PAYSPHERE CIRCLE
CHICAGO, IL, 60674

FOR OVERNIGHT REMITTANCE SEND TO:

METRO PCS
540 W. MADISON 4TH FLOOR - LBX 1194
CHICAGO, IL 60661

| | |
|---|---|
| SUBTOTAL | 2,167.00 |
| SALES TAX | 0.00 |
| FREIGHT AND INSURANCE | 8.67 |
| **INVOICE TOTAL** | 2,175.67 |

Evavi - Order Details

Page 1 of 2

Welcome belarar | Logout | Bookmark | Page Options | Help

Quick Search

Select Type

Navigation

Order
- Order Workbench
- Order Create
- Order Line Item Workbench
- Backorder Release Workbench
- Work Order
- Shipping Order
- Hold
- Substitutions
- Outbound ASN
- Shipment

My Bookmarks

General
▶ ESN # Search (0)
▶ Search by Cust # (0)
▶ Tracking # Lookup (0)

Metro

Retail

To Do List

Create Task

LaunchPad    Order    Customer    Product    Pricing    Promotions    Setup    Return    Receiving    WorkTicket    Inventory    System

Order Details

General Details | Additional Details | Authorization Details | Order Setup Details | Audit Details

Order Details

Order ID 98913535
Customer Name / No.    SIMPLEXITY LLC / 314494
Customer PO 72250

Shipping Contact Details

MAIN
SIMPLEXITY LLC
9301 Peppercorn Pl
Largo MD 20774-5305 US
Phone:
Fax:
Mobile:
Email:

CSR ID
Primary Site    MET1
Split Site OK    No
Request Ship Date 02/10/2014
Shipping Method    GGRNDP

Order Status    Completed
Order Category    Regular
Credit Rep ID    025

SIMPLEXITY LLC
SIMPLEXITY LLC
10730 PARKRIDGE BLVD  STE 200
RESTON VA 20191 US
Phone: 703 657 4600
Fax:
Mobile:
Email: APCUSTOMERSERVICE@SIMPLEXITY.COM

Billing Contact Details

Salesperson ID    0
Source Site Group
Split Time OK    Yes
Payment Term    30N01
Order Amount    $2,167.00

Edit  Reprice  Plan  Submit  Cancel  Apply Hold

Order Line Item Workbench

Order Summary:    Total Lines: 2    Total Order Qty: 20    Total Order Amt: $2,167.00

Update  Cancel

| Order Line | | Line Type | Product ID | Original Qty | Order Qty | WMS Cancel Qty | Price Override | Promise Qty | Unit Price | Discount | Line Amt | Line Status | BKO Qty/Site |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| ☐ 1 | | Regular | 610214633583 | 10 | 10 | 0 | | 10 | $139.30 | $0.00 | $1,393.00 | Shipped | 0 |
| ☐ 2 | | Regular | 610214633371 | 10 | 10 | 0 | | 10 | $77.40 | $0.00 | $774.00 | Shipped | 0 |

(Displaying Result 1 - 2 of 2) <<First <Prev. 1 | Next> Last>>

Planning Details

| Order Line | | Site | Product ID | Promise Qty | Promise Date | Release Date | Ship Date | Details |
|---|---|---|---|---|---|---|---|---|
| ☐ 1 | | MET1 | 610214633583 | | 02/10/2014 | 02/10/2014 | | MET1 Details |

Evavi - Order Details

| 2 | Mfg 1 | 6102146592471 | 10 | 02/10/2014 | 02/10/2014 | | Mfg 1 Details | 1 |

[Displaying Result: 1 - 2 of 2]

### Order & Line Holds

Release

| Released | Order ID | Order Line | Hold Definition | Hold Description | Created By | Attributes | | Release Notes | Released By | Last Modified Date |
|---|---|---|---|---|---|---|---|---|---|---|
| | 98913535 | | MAG | Customer 314494 max aged balance is $500.00, > 6 days = $1,236.70. The Customer on the order is 314494 | browser | **Attribute Name** | **Attribute Value** | | | 02/10/2014 14:27:55 PM |
| | | | | | | Age Bucket | 2 | | | |
| | | | | | | Level 1 Amt | $50,000.00 | | | |
| | | | | | | Level 1 Permission | n100c | | | |
| | | | | | | Level 2 Amt | $100,000.00 | | | |
| | | | | | | Level 2 Permission | r500c | | | |
| | | | | | | Level 3 Amt | $500,000.00 | | | |
| | | | | | | Level 3 Permission | risall | | | |
| | | | | | | Max Balance | 500 | | | |
| | 98913535 | | C1 | Auto Credit Hold for Customer: 314494 - SIMPLEXITY LLC | browser | | | | browser | 02/10/2014 14:27:55 PM |

[Displaying Result: 1 - 2 of 2]

### Shipping Order Line Item Workbench

| | Shipping Order Line | Shipping Order ID | Order Line | Product ID | Expected Ship Date | Soil Qty | Shipped Qty | WNS Cancel Qty | Soil Status |
|---|---|---|---|---|---|---|---|---|---|
| | 1 | 543191957 | 1 | 6102146935393 | 02/10/2014 | | 10 | 10 | 0  Shipped |
| | 2 | 543191957 | 2 | 6102146932371 | 02/10/2014 | | 10 | 10 | 0  Shipped |

[Displaying Result: 1 - 2 of 2] <<First <Prev. 1 | Next> Last>>

### Shipment Line Item Workbench

Order Summary:  Actual Total Weight: 18.0   Actual Total Volume: 1043.0   Total Freight Charges: $3.57   Total Insurance Charges: $0.00

| | Shipment ID | Order ID | Shipping Order ID | Customer Number | Shipping Order Line | Product ID | Qty | Avg. Unit Cost | Shipment Tracking No. | Status | Line Amt | Created Date |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 0016979972 | 98913535 | 543191957 | 314494 | 1 | 6102146935393 | 10 | $0.00 | 86361078171984 | Shipped | $1,393.00 | 02/10/2014 19:19:16 PM |
| | 0016979970 | 98913535 | 543191957 | 314494 | 2 | 6102146932371 | 10 | $0.00 | 86361078171975 | Shipped | $774.00 | 02/10/2014 19:19:16 PM |

[Displaying Result: 1 - 2 of 2] <<First <Prev. 1 | Next> Last>>

Ingram Micro Synchronized Supply Chain 7.2 (Version: 3.8.6) Powered by Evavi Fabric

© 2014 Evavi Inc. All rights reserved.



March 21,2014

Dear Customer:

The following is the proof-of-delivery for tracking number **863610781719735**.

## Delivery Information:

| | | | |
|---|---|---|---|
| Status: | Delivered | Delivery location: | 9301 PEPPERCORN PL<br>Upper Marlboro, MD 20774 |
| Signed for by: | AWINSTEAD | Delivery date: | Feb 12, 2014 10:57 |
| Service type: | FedEx Ground | | |
| Special Handling: | | | |



A. WINSTEAD
#3, 10:54, 41 Del, 0 NonDel

## Shipping Information:

| | | | |
|---|---|---|---|
| Tracking number: | 863610781719735 | Ship date: | Feb 10, 2014 |
| | | Weight: | 8.7 lbs/3.9 kg |

**Recipient:**
SIMPLEXITY LLC
SIMPLEXITY LLC
9301 Peppercorn Pl
Largo, MD 20774 US

**Purchase order number:**
**Shipment Id**
**Invoice number**

**Shipper:**
Traffic Department
BRIGHTPOINT/METRO PCS
501 AIRTECH PKWY
Plainfield, IN 46168 US

543191957WEB
863610781719735
0005143225

Thank you for choosing FedEx.



March 21,2014

Dear Customer:

The following is the proof-of-delivery for tracking number **863610781719834**.

## Delivery Information:

| Status: | Delivered | Delivery location: | 9301 PEPPERCORN PL |
|---|---|---|---|
| | | | Upper Marlboro, MD 20774 |
| Signed for by: | AWINSTEAD | Delivery date: | Feb 12, 2014 10:57 |
| Service type: | FedEx Ground | | |
| Special Handling: | | | |



A. WINSTEAD
#3, 10:54, 41 Del, 0 NonDel

## Shipping Information:

| Tracking number: | 863610781719834 | Ship date: | Feb 10, 2014 |
|---|---|---|---|
| | | Weight: | 7.3 lbs/3.3 kg |

Recipient:
SIMPLEXITY LLC
SIMPLEXITY LLC
9301 Peppercorn Pl
Largo, MD 20774 US

Shipper:
Traffic Department
BRIGHTPOINT/METRO PCS
501 AIRTECH PKWY
Plainfield, IN 46168 US

Purchase order number:
Shipment Id
Invoice number

543191957WEB
863610781719834
0005143225

Thank you for choosing FedEx.

# INVOICE



877-706-8684

| Date | Invoice Number | Customer Number |
|---|---|---|
| 02/14/14 | 100400762855 | 314494 |

| AMOUNT DUE | AMOUNT ENCLOSED |
|---|---|
| 7,464.95 | |

S SIMPLEXITY LLC
O 10790 PARKRIDGE BLVD
L
D STE 200
T RESTON VA  20191
O

S SIMPLEXITY LLC
H 9301 Peppercorn Pl
I
P Largo, MD  20774-5305
T
O

For prompt service, please detach and return the top portion with payment to the address below.

| SALES REP. | P.O. NUMBER | SHIPPED VIA | | TERMS | | | FOB |
|---|---|---|---|---|---|---|---|
| B315 | 72271 | FXG3 | | 30 DAYS NET | | | DESTINATION |
| Item | Description | | Quantity | Unit Price | Extend Price | Order No. | Package No. |
| 610214633583 | LG MS500 OPTIMUS F6 BLK TMUS | | 10 | 139.30 | 1,393.00 | 99065175 | 0019030390 |
| 610214633583 | LG MS500 OPTIMUS F6 BLK TMUS | | 10 | 139.30 | 1,393.00 | 99065175 | 0019030392 |
| 610214633583 | LG MS500 OPTIMUS F6 BLK TMUS | | 10 | 139.30 | 1,393.00 | 99065175 | 0019030394 |
| 610214633569 | HUA KAYAK BLUE TMUS | | 10 | 47.40 | 474.00 | 99065175 | 0019030399 |
| 610214633583 | LG MS500 OPTIMUS F6 BLK TMUS | | 10 | 139.30 | 1,393.00 | 99065175 | 0019030400 |
| 610214633583 | LG MS500 OPTIMUS F6 BLK TMUS | | 10 | 139.30 | 1,393.00 | 99065175 | 0019030402 |

FOR STANDARD MAIL REMITTANCE SEND TO:

METRO PCS
1194 PAYSPHERE CIRCLE
CHICAGO, IL, 60674

FOR OVERNIGHT REMITTANCE SEND TO:

METRO PCS
540 W. MADISON 4TH FLOOR - LBX 1194
CHICAGO, IL 60661

| | |
|---|---|
| SUBTOTAL | 7,439.00 |
| SALES TAX | 0.00 |
| FREIGHT AND INSURANCE | 25.95 |
| INVOICE TOTAL | 7,464.95 |

Invoice#:   100400762855                    Page 1 of 1

Evavi - Order Details

Welcome braluer | Logout | Bookmark | Page Options | Help

LaunchPad · Order · Customer · Product · Pricing · Promotions · Setup · Receiving · WorkTicket · Return · Inventory · System

**Quick Search**

Select Type

**Navigation**

Order
- Order Workbench
- Order Create
- Order Line Item Workbench
- Reorder Release Workbench
- Work Order
- Shipping Order
- Hold
- Substitutions
- Outbound ASN
- Shipment

**My Bookmarks**

General

▶ ESN # Search (0)
▶ Search Cust by Cust # (0)
▶ Tracking # Lookup (0)

Metro
Real

**To Do List**

Create Task

---

**Order Details**

General Details | Additional Details | Authorization Details | Order Setup Details | Audit Details

Order ID 990056175
Customer Name / No. SIMPLEXITY LLC / 314494
Customer PO 72271

Order Status Completed
Order Category Regular
Credit Rep ID 025

Shipping Contact Details
MAIN
SIMPLEXITY LLC
9301 Peppercom Pl
Largo MD 20774-5305 US
Phone:
Fax:
Mobile:
Email:

Billing Contact Details
SIMPLEXITY LLC
SIMPLEXITY LLC
10790 PARKRIDGE BLVD STE 200
RESTON VA 20191 US
Phone: 703 657 4800
Fax:
Mobile:
Email:
ARCUSTOMERSERVICE@SIMPLEXITY.COM

CSR ID
Primary Site MET1
Split Site OK No
Request Ship Date 02/19/2014
Shipping Method GSRNDP

Salesperson ID 0
Source Site Group
Split Time OK Yes
Payment Term 30NG1
Order Amount $7,439.00

Edit | Reprice | Plan | Submit | Cancel | Apply Hold

**Order Line Item Workbench**

Order Summary: Total Lines: 2    Total Order Qty: 60    Total Order Amt: $7,439.00

Update | Cancel

| Order Line | Line Type | Product ID | Site | Original Qty | Order Qty | WMS Cancel Qty | Price Override | Unit Price | Discount | Line Amt | Line Status | BKO Qty/Site |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | Regular | 61021463396R | MET1 | 10 | 10 | 0 | | $47.40 | $0.00 | $474.00 | Shipped | 0 |
| 2 | Regular | 61021463398R | MET1 | 50 | 50 | 0 | | $139.30 | $0.00 | $6,965.00 | Shipped | 0 |

[Displaying Result 1 - 2 of 2] <<First <Prev< 1 |Next> Last>>

**Planning Details**

| Order Line | Site | Product ID | Promise Qty | Promise Date | Release Date | Ship Date | Details |
|---|---|---|---|---|---|---|---|
| 1 | MET1 | 61021463396R | 10 | 02/13/2014 | 02/14/2014 | | MET1 Details |

Evavi - Order Details

| | | | | | | | MET11 Details |
|---|---|---|---|---|---|---|---|
| ☐ | 2 | MET1 | 610214633583 | 02/13/2014 | 10 | 02/14/2014 | MET1 Details |
| ☐ | 2 | MET1 | 610214633583 | 02/13/2014 | 10 | 02/14/2014 | MET1 Details |
| ☐ | 2 | MET1 | 610214633583 | 02/13/2014 | 10 | 02/14/2014 | MET1 Details |
| ☐ | 2 | MET1 | 610214633583 | 02/13/2014 | 10 | 02/14/2014 | MET1 Details |
| ☐ | 2 | MET1 | 610214633583 | 02/13/2014 | 10 | 02/14/2014 | MET1 Details |

[Displaying Result 1-6 of 6]

### Order & Line Holds

[Release]

| | Released | Order-ID | Order Line | Hold Definition | Hold Description | Created By | Attributes | Release Notes | Released By | Last Modified Date |
|---|---|---|---|---|---|---|---|---|---|---|
| ☐ | | 98065175 | | MAG 🔒 | Customer 314494 max aged balance is $500.00, > 6 days = $1,236.70. The Customer on the order is 314494 | booouser | (see attribute table below) | | betatker | 02/14/2014 11:40:35 AM |
| ☐ | | 98065175 | | C1 🔒 | Auto Credit Hold for Customer: 314494 - SIMPLEXITY LLC | booouser | | | betatker | 02/14/2014 11:40:35 AM |

Attributes:

| Attribute Name | Attribute Value |
|---|---|
| Age Bucket | 2 |
| Level 1 Amt | $50,000.00 |
| Level 1 Permission | r100cl |
| Level 2 Amt | $100,000.00 |
| Level 2 Permission | r500cl |
| Level 3 Amt | $500,000.00 |
| Level 3 Permission | ritail |
| Max Balance | 500 |

[Displaying Result 1-2 of 2]

### Shipping Order Line Item Workbench

| | Shipping Order Line | Shipping Order ID | Order Line | Product ID | Expected Ship Date | Soi Qty | Shipped Qty | WMS Cancel Qty | Soi Status |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | 1 | 543343198 | 1 | 610214633569 | 02/13/2014 | 10 | 10 | 10 | 0  Shipped |
| ☐ | 2 | 543343198 | 2 | 610214633583 | 02/13/2014 | 50 | 50 | 50 | 0  Shipped |

[Displaying Result 1-2 of 2] <<First <Prev 1 Next> Last>>

### Shipment Line Item Workbench

Order Summary: Actual Total Weight: 44.959   Actual Total Volume: 3180.0   Total Freight Charges: $25.95   Total Insurance Charges: $0.00

| | Shipment ID | Order ID | Shipping Order ID | Customer Number | Shipping Order Line | Product ID | Qty | Avg Unit Cost | Sell Qty | Shipped Qty | WMS Cancel Qty | Status | Shipment Tracking No. | Line Amt | Created Date |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| ☐ | 0019230399 | 99065175 | 543343198 | 314494 | 1  III 01 | 610214633569 | 10 | $0.00 | 10 | | | Shipped | 86361078751889 | $474.00 | 02/14/2014 15:55:50 PM |
| ☐ | 0019030390 | 99065175 | 543343198 | 314494 | 2  III 01 | 610214633583 | 10 | $0.00 | 10 | | | Shipped | 86361078751735 | $6,965.00 | 02/14/2014 15:55:50 PM |

Evavi - Order Details

| | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| ☐ | 0019030392 | 99065175 | 543343198 | 314494 | 2 | 610214633583 | 10 | $0.00 | 85861078175766 | Shipped | $8,965.00 | 02/14/2014 15:55:50 PM |
| ☐ | 0019030394 | 99065175 | 543343198 | 314494 | 2 | 610214633583 | 10 | $0.00 | 85861078175759 | Shipped | $8,965.00 | 02/14/2014 15:55:50 PM |
| ☐ | 0019030400 | 99065175 | 543343198 | 314494 | 2 | 610214633583 | 10 | $0.00 | 85861078175872 | Shipped | $8,965.00 | 02/14/2014 15:55:51 PM |
| ☐ | 0019030402 | 99065175 | 543343198 | 314494 | 2 | 610214633583 | 10 | $0.00 | 85861078175742 | Shipped | $8,965.00 | 02/14/2014 15:55:51 PM |

[Displaying Result 1 - 6 of 6] <<First <Prev. 1 | Next> Last>>

© 2014 Evavi Inc. All rights reserved.

Ingram Micro Synchronized Supply Chain 7.2 (Version: 3.3.6) Powered by Evavi Fabric



March 21,2014

Dear Customer:

The following is the proof-of-delivery for tracking number **863610781751735**.

## Delivery Information:

| | | | |
|---|---|---|---|
| **Status:** | Delivered | **Delivery location:** | 9301 PEPPERCORN PL<br>Upper Marlboro, MD 20774 |
| **Signed for by:** | AWINSTEAD | **Delivery date:** | Feb 19, 2014 10:50 |
| **Service type:** | FedEx Ground | | |
| **Special Handling:** | | | |



A. WINSTEAD
#3, 10:47, 39 Del, 0 NonDel

## Shipping Information:

| | | | |
|---|---|---|---|
| **Tracking number:** | 863610781751735 | **Ship date:** | Feb 17, 2014 |
| | | **Weight:** | 7.3 lbs/3.3 kg |

**Recipient:**
SIMPLEXITY LLC
SIMPLEXITY LLC
9301 Peppercorn Pl
Largo, MD 20774 US

**Shipper:**
Traffic Department
BRIGHTPOINT/METRO PCS
501 AIRTECH PKWY
Plainfield, IN 46168 US

**Purchase order number:**
**Shipment Id**
**Invoice number**

543343198WEB
863610781751735
0005157377

Thank you for choosing FedEx.



March 21,2014

Dear Customer:

The following is the proof-of-delivery for tracking number **863610781751742**.

## Delivery Information:

| | | | |
|---|---|---|---|
| **Status:** | Delivered | **Delivery location:** | 9301 PEPPERCORN PL |
| | | | Upper Marlboro, MD 20774 |
| **Signed for by:** | AWINSTEAD | **Delivery date:** | Feb 19, 2014 10:50 |
| **Service type:** | FedEx Ground | | |
| **Special Handling:** | | | |



A. WINSTEAD
#3, 10:47, 39 Del, 0 NonDel

## Shipping Information:

| | | | |
|---|---|---|---|
| **Tracking number:** | 863610781751742 | **Ship date:** | Feb 17, 2014 |
| | | **Weight:** | 7.3 lbs/3.3 kg |

**Recipient:**
SIMPLEXITY LLC
SIMPLEXITY LLC
9301 Peppercorn Pl
Largo, MD 20774 US

**Shipper:**
Traffic Department
BRIGHTPOINT/METRO PCS
501 AIRTECH PKWY
Plainfield, IN 46168 US

**Purchase order number:**          543343198WEB
**Shipment Id**                     863610781751742
**Invoice number**                  0005157377

Thank you for choosing FedEx.



March 21,2014

Dear Customer:

The following is the proof-of-delivery for tracking number **863610781751759**.

## Delivery Information:

| | | | |
|---|---|---|---|
| **Status:** | Delivered | **Delivery location:** | 9301 PEPPERCORN PL |
| | | | Upper Marlboro, MD 20774 |
| **Signed for by:** | AWINSTEAD | **Delivery date:** | Feb 19, 2014 10:50 |
| **Service type:** | FedEx Ground | | |
| **Special Handling:** | | | |



A. WINSTEAD
#3, 10:47, 39 Del, 0 NonDel

## Shipping Information:

| | | | |
|---|---|---|---|
| **Tracking number:** | 863610781751759 | **Ship date:** | Feb 17, 2014 |
| | | **Weight:** | 7.3 lbs/3.3 kg |

**Recipient:**
SIMPLEXITY LLC
SIMPLEXITY LLC
9301 Peppercorn Pl
Largo, MD 20774 US

**Shipper:**
Traffic Department
BRIGHTPOINT/METRO PCS
501 AIRTECH PKWY
Plainfield, IN 46168 US

**Purchase order number:**
**Shipment Id**
**Invoice number**

543343198WEB
863610781751759
0005157377

Thank you for choosing FedEx.



March 21,2014

Dear Customer:

The following is the proof-of-delivery for tracking number **863610781751766**.

## Delivery Information:

| | | | |
|---|---|---|---|
| **Status:** | Delivered | **Delivery location:** | 9301 PEPPERCORN PL<br>Upper Marlboro, MD 20774 |
| **Signed for by:** | AWINSTEAD | **Delivery date:** | Feb 19, 2014 10:50 |
| **Service type:** | FedEx Ground | | |
| **Special Handling:** | | | |



A. WINSTEAD
#3, 10:47, 39 Del, 0 NonDel

## Shipping Information:

| | | | |
|---|---|---|---|
| **Tracking number:** | 863610781751766 | **Ship date:** | Feb 17, 2014 |
| | | **Weight:** | 7.3 lbs/3.3 kg |

**Recipient:**
SIMPLEXITY LLC
SIMPLEXITY LLC
9301 Peppercorn Pl
Largo, MD 20774 US

**Shipper:**
Traffic Department
BRIGHTPOINT/METRO PCS
501 AIRTECH PKWY
Plainfield, IN 46168 US

**Purchase order number:**
**Shipment Id**
**Invoice number**

543343198WEB
863610781751766
0005157377

Thank you for choosing FedEx.



March 21, 2014

Dear Customer:

The following is the proof-of-delivery for tracking number **863610781751872**.

## Delivery Information:

| | | | |
|---|---|---|---|
| **Status:** | Delivered | **Delivery location:** | 9301 PEPPERCORN PL<br>Upper Marlboro, MD 20774 |
| **Signed for by:** | AWINSTEAD | **Delivery date:** | Feb 19, 2014 10:50 |
| **Service type:** | FedEx Ground | | |
| **Special Handling:** | | | |



A. WINSTEAD
#3, 10:47, 39 Del, 0 NonDel

## Shipping Information:

| | | | |
|---|---|---|---|
| **Tracking number:** | 863610781751872 | **Ship date:** | Feb 17, 2014 |
| | | **Weight:** | 7.3 lbs/3.3 kg |

**Recipient:**
SIMPLEXITY LLC
SIMPLEXITY LLC
9301 Peppercorn Pl
Largo, MD 20774 US

**Purchase order number:**
**Shipment Id**
**Invoice number**

**Shipper:**
Traffic Department
BRIGHTPOINT/METRO PCS
501 AIRTECH PKWY
Plainfield, IN 46168 US

543343198WEB
863610781751872
0005157377

Thank you for choosing FedEx.



March 21, 2014

Dear Customer:

The following is the proof-of-delivery for tracking number **863610781751889**.

## Delivery Information:

| | | | |
|---|---|---|---|
| **Status:** | Delivered | **Delivery location:** | 9301 PEPPERCORN PL |
| | | | Upper Marlboro, MD 20774 |
| **Signed for by:** | AWINSTEAD | **Delivery date:** | Feb 19, 2014 10:50 |
| **Service type:** | FedEx Ground | | |
| **Special Handling:** | | | |



A. WINSTEAD
#3, 10:47, 39 Del, 0 NonDel

## Shipping Information:

| | | | |
|---|---|---|---|
| **Tracking number:** | 863610781751889 | **Ship date:** | Feb 17, 2014 |
| | | **Weight:** | 8.4 lbs/3.8 kg |

**Recipient:**
SIMPLEXITY LLC
SIMPLEXITY LLC
9301 Peppercorn Pl
Largo, MD 20774 US

**Shipper:**
Traffic Department
BRIGHTPOINT/METRO PCS
501 AIRTECH PKWY
Plainfield, IN 46168 US

**Purchase order number:**
**Shipment Id**
**Invoice number**

543343198WEB
863610781751889
0005157377

Thank you for choosing FedEx.

# INVOICE



877-706-8684

| | Date | Invoice Number | Customer Number |
|---|---|---|---|
| | 02/21/14 | 100400779737 | 314494 |

| AMOUNT DUE | AMOUNT ENCLOSED |
|---|---|
| 1,157.22 | |

S O L D T O
SIMPLEXITY LLC
10790 PARKRIDGE BLVD
STE 200
RESTON VA  20191

S H I P T O
SIMPLEXITY LLC
9301 Peppercorn Pl
Largo, MD  20774-5305

For prompt service, please detach and return the top portion with payment to the address below.

| SALES REP. | P.O. NUMBER | SHIPPED VIA | | TERMS | | FOB |
|---|---|---|---|---|---|---|
| B315 | 72300 | FXG3 | | 30 DAYS NET | | DESTINATION |

| Item | Description | Quantity | Unit Price | Extend Price | Order No. | Package No. |
|---|---|---|---|---|---|---|
| 610214633279 | SAM M919 GS 4 16GB WHITE TMUS KIT | 3 | 384.30 | 1,152.90 | 99329643 | 0019102621 |

FOR STANDARD MAIL REMITTANCE SEND TO:
METRO PCS
1194 PAYSPHERE CIRCLE
CHICAGO, IL, 60674

FOR OVERNIGHT REMITTANCE SEND TO:
METRO PCS
540 W. MADISON 4TH FLOOR - LBX 1194
CHICAGO, IL 60661

| | |
|---|---|
| SUBTOTAL | 1,152.90 |
| SALES TAX | 0.00 |
| FREIGHT AND INSURANCE | 4.32 |
| INVOICE TOTAL | 1,157.22 |

Invoice#:  100400779737

Evavi - Order Details

Page 1 of 2

Welcome bsiatzer | Logout | Bookmark | Page Options | Help

🖥 LaunchPad    🖥 Order    🖥 Customer    🖥 Product    🖥 Pricing    🖥 Promotions    🖥 Setup    🖥 Return    🖥 Receiving    🖥 WorkTicket    🖥 Inventory    🖥 System

**Quick Search**

Select Type

**Navigation**

☐ Order
  ☐ Order Workbench
  ☐ Order Create
  ☐ Order Line Item Workbench
  ☐ Backorder Release Workbench
  ☐ Work Order
  ☐ Shipping Order
  ☐ Hold
  ☐ Substitutions
  ☐ Outbound ASN
  ☐ Shipment

**My Bookmarks**

General

▶ ESN # Search (0)
▶ Search Cust by Cust # (0)
▶ Tracking # Lookup (0)

Metro
Retail

**To Do List**

☐ Create Task

**Order Details**

General Details | Additional Details | Authorization Details | Order Setup Details | Audit Details

Order ID  |96329643
Customer Name / No.  SIMPLEXITY LLC / 314494
Customer PO  72300

Shipping Contact Details

📧 MAIN
SIMPLEXITY LLC
9301 Peppercorn Pl
Largo MD 20774-5305 US
Phone:          Mobile:
Fax:            Email:

CSR ID  MET1
Primary Site  MET1
Split Site OK  No
Request Ship Date  02/20/2014
Shipping Method  GGRNDP

Order Status  Completed
Order Category  Regular
Credit Rep ID  025

Billing Contact Details

📧 SIMPLEXITY LLC
SIMPLEXITY LLC
10780 PARKRIDGE BLVD  STE 200
RESTON VA 20191 US
Phone: 703 657 4600        Mobile:
Fax:                      Email:

Salesperson ID  0
Source Site Group
Split Time OK  Yes
Payment Term  30N01
Order Amount  $2,305.80

APCUSTOMERSERVICE@SIMPLEXITY.COM

[Edit] [Reprice] [Plan] [Submit] [Cancel] [Apply Hold]

**Order Line Item Workbench**

Order Summary:  Total Lines: 1  Total Order Qty: 6  Total Order Amt $2,305.80

[Update] [Cancel]

| Order Line | Line Type | Product ID | Original Qty | Order Qty | WMS Cancel Qty | Price Override | Unit Price | Discount | Line Amt | Line Status | BKO Qty/Site |
|---|---|---|---|---|---|---|---|---|---|---|---|
| ☐ 1 🔍📋✎🔗 | Regular | 61021453279 | 6 | 5 | 0 | ☐ | $384.30 | $0.00 | $2,305.80 | Shipped | 0 |

🔍🔗 [Displaying Result 1 - 1 of 1] <First <Prev. 1 | Next> Last>>

**Planning Details**

| Order Line | | Site | Product ID | Promise Qty | Promise Date | Release Date | Ship Date | Details |
|---|---|---|---|---|---|---|---|---|
| ☐ 1 | | MET1 | 61021453279 | 3 | 02/20/2014 | 02/21/2014 | | MET1 Details |
| ☐ 1 | | MET1 | 61021453279 | 3 | 02/20/2014 | 02/21/2014 | | MET1 Details |

🔍🔗 [Displaying Result 1 - 2 of 2]

**Order & Line Holds**

Evavi - Order Details

**Release**

| | Released | Order ID | Order Line | Hold Definition | Hold Description | Created By | Attributes | | Release Notes | Released By | Last Modified Date |
|---|---|---|---|---|---|---|---|---|---|---|---|

Attribute table:

| Attribute Name | Attribute Value |
|---|---|
| Age Bucket | 2 |
| Level 1 Amt | $50,000.00 |
| Level 1 Permission | r100d |
| Level 2 Amt | $100,000.00 |
| Level 2 Permission | r500d |
| Level 3 Amt | $500,000.00 |
| Level 3 Permission | rsell |
| Max Balance | 500 |

| | Released | Order ID | Order Line | Hold Definition | Hold Description | Created By | Released By | Last Modified Date |
|---|---|---|---|---|---|---|---|---|
| ☐ | ✔ | 99329643 | | MAG | Customer 314494 max aged balance is $500.00, -8 days = $3,195.65. The Customer on the order is 314494 | bpouser | bpatzker | 02/21/2014 14:49:14 PM |
| ☐ | ✔ | 99329643 | C1 | | Auto Credit Hold for Customer: 314494 - SIMPLEXITY LLC | bpouser | bpatzker | 02/21/2014 14:46:14 PM |

⟳ [Displaying Result: 1 - 2 of 2]

**Shipping Order Line Item Workbench**

| | Shipping Order Line | Shipping Order ID | Order Line | Product ID | Expected Ship Date | Soil Qty | Shipped Qty | WMS Cancel Qty | Soil Status |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | 1 | 543604318 | 1 | 610214833279 | 02/20/2014 | 6 | 6 | | 0 Shipped |

⟳ [Displaying Result: 1 - 1 of 1] <First <Prev. 1 | Next> Last>>

**Shipment Line Item Workbench**

Order Summary:   Actual Total Weight: 6.7   Actual Total Volume: 480.0   Total Freight Charges: $8.64   Total Insurance Charges: $0.00

| | Shipment ID | Order ID | Shipping Order Line | Customer Number | Shipping Order Line | Product ID | Qty | Avg. Unit Cost | Shipment Tracking No. | Status | Line Amt | Created Date |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| ☐ | 0019102376 | 99329643 | 543604318 | 314494 | 1 冊 | 610214833279 | 3 | $0.00 | 8686107817832331 | Shipped | $2,305.80 | 02/22/2014 00:43:35 AM |
| ☐ | 0018102621 | 99329643 | 543604318 | 314494 | 1 冊 | 610214833279 | 3 | $0.00 | 8686107817832355 | Shipped | $2,305.80 | 02/22/2014 00:43:35 AM |

⟳ [Displaying Result: 1 - 2 of 2] <First <Prev. 1 | Next> Last>>

© 2014 Evavi Inc. All rights reserved.

Ingram Micro Synchronized Supply Chain 7.2 (Version: 3.3.6) Powered by Evavi Fabric



March 21, 2014

Dear Customer:

The following is the proof-of-delivery for tracking number **863610781783255**.

## Delivery Information:

| | | | |
|---|---|---|---|
| Status: | Delivered | Delivery location: | 9301 PEPPERCORN PLACE<br>Upper Marlboro, MD 20774 |
| Signed for by:<br>Service type:<br>Special Handling: | AWINSTAED<br>FedEx Ground | Delivery date: | Feb 25, 2014 10:44 |



A. WINSTAED
#3, 10:34, 37 Del, 0 NonDel

## Shipping Information:

| | | | |
|---|---|---|---|
| Tracking number: | 863610781783255 | Ship date:<br>Weight: | Feb 21, 2014<br>3.3 lbs/1.5 kg |

Recipient:
SIMPLEXITY LLC
SIMPLEXITY LLC
9301 Peppercorn Pl
Largo, MD 20774 US

Shipper:
Traffic Department
BRIGHTPOINT/METRO PCS
501 AIRTECH PKWY
Plainfield, IN 46168 US

Purchase order number:
Shipment Id
Invoice number

543604318WEB
863610781783255
0005174777

Thank you for choosing FedEx.

# INVOICE



877-706-8684

| Date | Invoice Number | Customer Number |
|------|----------------|-----------------|
| 02/21/14 | 100400780039 | 314494 |

| AMOUNT DUE | AMOUNT ENCLOSED |
|------------|-----------------|
| 1,157.22 | |

S
O  SIMPLEXITY LLC
L  10790 PARKRIDGE BLVD
D  STE 200
T  RESTON VA  20191
O

S
H  SIMPLEXITY LLC
I  9301 Peppercorn Pl
P  Largo, MD  20774-5305

T
O

For prompt service, please detach and return the top portion with payment to the address below.

| SALES REP. | P.O. NUMBER | SHIPPED VIA | | TERMS | | | FOB |
|------------|-------------|-------------|--|-------|--|--|-----|
| B315 | 72300 | FXG3 | | 30 DAYS NET | | | DESTINATION |

| Item | Description | Quantity | Unit Price | Extend Price | Order No. | Package No. |
|------|-------------|----------|------------|--------------|-----------|-------------|
| 610214633279 | SAM M919 GS 4 16GB WHITE TMUS KIT | 3 | 384.30 | 1,152.90 | 99329643 | 0019102376 |

FOR STANDARD MAIL REMITTANCE SEND TO:

METRO PCS
1194 PAYSPHERE CIRCLE
CHICAGO, IL, 60674

FOR OVERNIGHT REMITTANCE SEND TO:

METRO PCS
540 W. MADISON 4TH FLOOR - LBX 1194
CHICAGO, IL 60661

| | |
|--|--|
| SUBTOTAL | 1,152.90 |
| SALES TAX | 0.00 |
| FREIGHT AND INSURANCE | 4.32 |
| INVOICE TOTAL | 1,157.22 |

Invoice#:  100400780039

Page 1 of 1

Evavi - Order Details

Page 1 of 2

LaunchPad  Order  Customer  Product  Pricing  Promotions  Setup  Receiving  Return  Inventory  WorkTicket  System

Order Details

General Details | Additional Details | Authorization Details | Order Setup Details | Audit Details

Order ID  99320843
Customer Name / No.  SIMPLEXITY LLC / 314484
Customer PO  72300

Order Status  Completed
Order Category  Regular
Credit Rep ID  025

MAIN
SIMPLEXITY LLC
9301 Peppercorn Pl
Largo MD 20774-5305 US
Phone:                Mobile:
Fax:                     Email:

Shipping Contact Details

Billing Contact Details

SIMPLEXITY LLC
10790 PARKRIDGE BLVD  STE 200
RESTON VA 20191 US
Phone: 703 557 4500
Fax:                                Mobile:
                                       Email:
                                       APCUSTOMERSERVICE@SIMPLEXITY.COM

CSR ID
Primary Site  MET1
Split Site OK  No
Request Ship Date  02/20/2014
Shipping Method  GGRN2P

Salesperson ID  0
Source Site Group
Split Time OK  Yes
Payment Term  30N01
Order Amount  $2,305.80

Edit  Reprice  Plan  Submit  Cancel  Apply Hold

Order Line Item Workbench

Order Summary:  Total Lines: 1  Total Order Qty: 6  Total Order Amt: $2,305.80

Update  Cancel

| Order Line | Line Type | Product ID | Site | Product ID | Original Qty | Order Qty | WMS Cancel Qty | Price Override | Unit Price | Discount | Line Amt | Line Status | BKO Qty/Site |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | Regular | 610214633279 | MET1 | 610214633279 | 6 | 6 | 0 | | $384.30 | $0.00 | $2,305.80 | Shipped | 0 |

Displaying Result 1 - 1 of 1| <<First <Prev. 1 | Next> Last>>

Planning Details

| Order Line | | Product ID | Promise Qty | Promise Date | Price Override | Release Date | Discount | Ship Date | Details |
|---|---|---|---|---|---|---|---|---|---|
| 1 | | 610214633279 | | 3 | 02/20/2014 | | 02/21/2014 | | MET1 Details |
| 1 | | 610214633279 | | 3 | 02/20/2014 | | 02/21/2014 | | MET1 Details |

Displaying Result 1- 2 of 2]

Order & Line Holds

Quick Search
Select Type

Navigation
Order
  Order Workbench
  Order Create
  Order Line Item Workbench
  Backorder Release Workbench
  Work Order
  Shipping Order
  Hold
  Substitutions
  Outbound ASN
  Shipment

My Bookmarks
General
  ESN # Search (0)
  Search Cust by Cust # (0)
  Tracking # Lookup (0)

Metro
Retail

To Do List
  Create Task

Evavi - Order Details

**Release**

| Released | Order ID | Order Line | Hold Definition | Hold Description | Created By | Attributes | | Release Notes | Released By | Last Modified Date |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | Attribute Name | Attribute Value | | | |

| | 99326643 | | MAG | Customer 314494 max egrd balance is $500.00. > 6 days = $3,155.66. The Customer on the order is 314494 | bqouser | | | | betabear | 02/21/2014 14:48:14 PM |

Attributes table:

| Attribute Name | Attribute Value |
|---|---|
| Age Bucket | 2 |
| Level 1 Amt | $50,000.00 |
| Level 1 Permission | r100d |
| Level 2 Amt | $120,000.00 |
| Level 2 Permission | r500d |
| Level 3 Amt | $500,000.00 |
| Level 3 Permission | risall |
| Max Balance | 500 |

| | 99326649 | | C1 | Auto Credit Hold for Customer: 314494 - SIMPLEXITY LLC | bqouser | | | | betabear | 02/21/2014 14:49:14 PM |

[Displaying Result 1 - 2 of 2]

### Shipping Order Line Item Workbench

| | Shipping Order Line | Shipping Order ID | Order Line | Product ID | Expected Ship Date | Soll Qty | Shipped Qty | WMS Cancel Qty | Soll Status |
|---|---|---|---|---|---|---|---|---|---|
| | 1 | 543604318 | 1 | 610214633279 | 02/20/2014 | 6 | 6 | 6 | 0  Shipped |

[Displaying Result 1 - 1 of 1] <<First <Prev. 1 | Next> Last>>

### Shipment Line Item Workbench

Order Summary:   Actual Total Weight: 6.7   Actual Total Volume: 490.0   Total Freight Charges: $8.84   Total Insurance Charges: $0.00   Total Handling Charges: $0.00

| | Shipment ID | Order ID | Shipping Order ID | Customer Number | Shipping Order Line | Product ID | Qty | Avg. Unit Cost | Shipment Tracking No. | Status | Line Amt | Created Date |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 0019102076 | 99326643 | 543604318 | 314494 | 1 | 610214633279 | 3 | $0.00 | 98361078178331 | Shipped | $2,305.80 | 02/22/2014 00:43:35 AM |
| | 0019102621 | 99326643 | 543604318 | 314494 | 1 | 610214633279 | 3 | $0.00 | 98361078178255 | Shipped | $2,305.80 | 02/22/2014 00:43:35 AM |

[Displaying Result 1 - 2 of 2] <<First <Prev. 1 | Next> Last>>

Ingram Micro Synchronized Supply Chain 7.2 (Version: 3.3.6) Powered by Evavi Fabric

© 2014 Evavi Inc. All rights reserved.

http://brightconnect.brightpoint.com/servlet/evavi/evavi/_display_/evavi-omx/order/OrderCED jelly?order_id=8a82bc97443d7033014...   3/21/2014



March 21,2014

Dear Customer:

The following is the proof-of-delivery for tracking number **863610781783231**.

## Delivery Information:

| | | | |
|---|---|---|---|
| **Status:** | Delivered | **Delivery location:** | 9301 PEPPERCORN PLACE |
| | | | Upper Marlboro, MD 20774 |
| **Signed for by:** | AWINSTAED | **Delivery date:** | Feb 25, 2014 10:44 |
| **Service type:** | FedEx Ground | | |
| **Special Handling:** | | | |



A. WINSTAED
#3, 10:34, 37 Del, 0 NonDel

## Shipping Information:

| | | | |
|---|---|---|---|
| **Tracking number:** | 863610781783231 | **Ship date:** | Feb 21, 2014 |
| | | **Weight:** | 3.3 lbs/1.5 kg |

**Recipient:**
SIMPLEXITY LLC
SIMPLEXITY LLC
9301 Peppercorn Pl
Largo, MD 20774 US

**Shipper:**
Traffic Department
BRIGHTPOINT/METRO PCS
501 AIRTECH PKWY
Plainfield, IN 46168 US

**Purchase order number:**       543604318WEB
**Shipment Id**                  863610781783231
**Invoice number**               0005174777

Thank you for choosing FedEx.

# INVOICE

# metroPCS.

877-706-8684

| Date | Invoice Number | Customer Number |
|------|----------------|-----------------|
| 03/04/14 | 100400803406 | 314494 |

| AMOUNT DUE | AMOUNT ENCLOSED |
|------------|-----------------|
| 1,157.22 | |

```
S   SIMPLEXITY LLC
O
L   10790 PARKRIDGE BLVD
D   STE 200
T   RESTON VA  20191
O
```

```
S   SIMPLEXITY LLC
H
I   9301 Peppercorn Pl
P   Largo, MD  20774-5305
T
O
```

For prompt service, please detach and return the top portion with payment to the address below.

| SALES REP. | P.O. NUMBER | SHIPPED VIA | TERMS | | FOB |
|------------|-------------|-------------|-------|---|-----|
| B315 | 72340 | FXG3 | 30 DAYS NET | | DESTINATION |

| Item | Description | Quantity | Unit Price | Extend Price | Order No. | Package No. |
|------|-------------|----------|------------|--------------|-----------|-------------|
| 610214633279 | SAM M919 GS 4 16GB WHITE TMUS KIT | 3 | 384.30 | 1,152.90 | 99703035 | 0019207366 |

| FOR STANDARD MAIL REMITTANCE SEND TO: | FOR OVERNIGHT REMITTANCE SEND TO: | | |
|---|---|---|---|
| METRO PCS<br>1194 PAYSPHERE CIRCLE<br>CHICAGO, IL, 60674 | METRO PCS<br>540 W. MADISON 4TH FLOOR - LBX 1194<br>CHICAGO, IL 60661 | SUBTOTAL | 1,152.90 |
| | | SALES TAX | 0.00 |
| | | FREIGHT AND INSURANCE | 4.32 |
| | | INVOICE TOTAL | 1,157.22 |

Evavi - Order Details

http://brightconnect.brightpoint.com/servlet/evavi/_display_/evavi-omx/order/OrderCED.jelly?order_id=8a82bcc644857612014...    3/14/2014

Page 1 of 2

Welcome bastaar | Logout | Bookmark | Page Options | Help

Quick Search

Select Type

**Navigation**

**General**
- Order
  - Order Workbench
  - Order Create
  - Order Line Item Workbench
  - Backorder Release Workbench
  - Work Order
  - Shipping Order
  - Hold
  - Substitutions
  - Outbound ASN
  - Shipment

**My Bookmarks**

Metro
Retail

☐ To Do List

☐ Create Task

🕮 LaunchPad    🕮 Order    🕮 Customer    🕮 Product    🕮 Pricing    🕮 Promotions    🕮 Setup    🕮 Return    🕮 Receiving    🕮 WorkTicket    🕮 Inventory    🕮 System

**Order Details**

General Details | Additional Details | Authentication Details | Order Setup Details | Audit Details

Edit | Reprice | Plan | Submit | Cancel | Apply Hold

Order ID    99700035
Customer Name / No.    SIMPLEXITY LLC / 314454
Customer PO    72340
Customer ID    72340

Shipping Contact Details    MAIN
SIMPLEXITY LLC
9301 Peppercorn Pl
Largo MD 20774-5305 US
Phone:
Fax:
Mobile:
Email:

CSR ID    METI
Primary Site    METI
Split Site OK    No
Request Ship Date    03/03/2014
Shipping Method    SGRNDP

Order Status    Completed
Order Category    Regular
Credit Rep ID    025

Billing Contact Details    SIMPLEXITY LLC
SIMPLEXITY LLC
10790 PARKRIDGE BLVD STE 200
RESTON VA 20191 US
Phone: 703 657 4600
Mobile:
Email:
Fax:    APCUSTOMERSERVICE@SIMPLEXITY.COM

Salesperson ID    0
Source Site Group
Split Time OK    Yes
Payment Term    30N01
Order Amount    $3,458.70

**Order Line Item Workbench**

Order Summary:  Total Lines: 1    Total Order Qty: 9    Total Order Amt: $3,458.70

Update | Cancel

Displaying Result: 1 - 1 of 1| <<First <Prev 1 | Next> Last>>

| | Order Line | Line Type | Product ID | Original Qty | Order Qty | WMS Cancel Qty | Price Override | Unit Price | Discount | Line Amt | Line Status | BKO Qty/Site |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| ☐ | 1 | Regular | 61021463279 | 9 | 9 | 0 | | $384.30 | $0.00 | $3,458.70 | Shipped | 0 |

**Planning Details**

| | Order Line | Site | Product ID | Promise Qty | Promise Date | Release Date | Ship Date | Details |
|---|---|---|---|---|---|---|---|---|
| ☐ | 1 | METI | 61021463279 | 3 | 03/03/2014 | 03/04/2014 | 03/04/2014 | METI Details |
| ☐ | 1 | METI | 61021463279 | 3 | 03/03/2014 | 03/04/2014 | 03/04/2014 | METI Details |
| ☐ | 1 | METI | 61021463279 | 3 | 03/03/2014 | 03/04/2014 | 03/04/2014 | METI Details |

Displaying Result 1 - 3 of 3|

Evavi - Order Details

## Order & Line Holds

[Release]

| Released | Order ID | Order Line | Hold Definition | Hold Description | Created By | Release Notes | Released By | Last Modified Date |
|---|---|---|---|---|---|---|---|---|
| ☐ | 99703035 | | | Customer 314494 max aged balance is $500.00. > 5 days > $22,864.68. The Customer on the order is 314494. | bpouser | | bpfazer | 03/04/2014 15:52:57 PM |

### Attributes

| Attribute Name | Attribute Value |
|---|---|
| Age Bucket | 2 |
| Level 1 Amt | $50,000.00 |
| Level 1 Permission | r100d |
| Level 2 Amt | $100,000.00 |
| Level 2 Permission | r500d |
| Level 3 Amt | $500,000.00 |
| Level 3 Permission | rball |
| Max Balance | 500 |

*Auto Credit Hold for Customer: 314494 - SIMPLEXITY LLC*

☑ Displaying Result 1 - 2 of 2

## Shipping Order Line Item Workbench

| Shipping Order Line | Shipping Order ID | Order Line | Product ID | Expected Ship Date | Soil Qty | Shipped Qty | WMS Cancel Qty | Soil Status |
|---|---|---|---|---|---|---|---|---|
| 1 | 54397S108 | 1 | 6102146532279 | 03/03/2014 | 9 | 9 | 0 | Shipped |

☑ Displaying Result 1 - 1 of 1 <<First <Prev 1 | Next> Last>>

## Shipment Line Item Workbench

Order Summary:  Actual Total Weight: 10.049999  Actual Total Volume: 735.0  Total Freight Charges: $12.86  Total Insurance Charges: $0.00

| Shipment ID | Order ID | Shipping Order ID | Customer Number | Shipping Order Line | Product ID | Qty | Avg. Unit Cost | Shipment Tracking No. | Status | Line Amt | Created Date |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 0019207855 | 99703035 | 54397S108 | 314494 | 1 | 6102146532279 | 3 | $0.00 | 96361078192890 | Shipped | $3,458.70 | 03/04/2014 23:47:17 PM |
| 0019207856 | 99703035 | 54397S108 | 314494 | 1 | 6102146532279 | 3 | $0.00 | 96361078192894 | Shipped | $3,458.70 | 03/04/2014 23:47:17 PM |
| 0019207857 | 99703035 | 54397S108 | 314494 | 1 | 6102146532279 | 3 | $0.00 | 96361078192870 | Shipped | $3,458.70 | 03/04/2014 23:47:17 PM |

☑ Displaying Result 1 - 3 of 3 <<First <Prev 1 | Next> Last>>

© 2014 Evavi Inc. All rights reserved.

Ingram Micro Synchronized Supply Chain 7.2 (Version: 3.3.6) Powered by Exwi Fabric



March 14,2014

Dear Customer:

Proof-of-delivery letters are being provided for the following shipments:

**863610781828970**                    Washington,DC
**863610781828994**                    Washington,DC
**863610781829021**                    Washington,DC

You may save or print this Batch Signature Proof of Delivery file for your records.

Thank you for choosing FedEx.

FedEx
1.800.GoFedEx 1.800.463.3339



March 14, 2014

Dear Customer:

The following is the proof-of-delivery for tracking number **863610781828970**.

## Delivery Information:

| | | | |
|---|---|---|---|
| Status: | Delivered | Delivery location: | Washington, DC |
| Signed for by: | AWINSTEAD | Delivery date: | Mar 6, 2014 12:06 |
| Service type: | FedEx Ground | | |
| Special Handling: | | | |

Signature image is available. In order to view image and detailed information, the shipper or payor account number of the shipment must be provided.

## Shipping Information:

| | | | |
|---|---|---|---|
| Tracking number: | 863610781828970 | Ship date: | Mar 4, 2014 |
| | | Weight: | 3.3 lbs/1.5 kg |

| | | |
|---|---|---|
| Recipient: | Shipper: | |
| Largo, MD US | Plainfield, IN US | |

| | |
|---|---|
| Purchase order number: | 543979108WEB |
| Shipment Id | 863610781828970 |
| Invoice number | 0005199512 |

Thank you for choosing FedEx.



March 14,2014

Dear Customer:

The following is the proof-of-delivery for tracking number **863610781828994**.

## Delivery Information:

| | | | |
|---|---|---|---|
| Status: | Delivered | Delivery location: | Washington, DC |
| Signed for by: | AWINSTEAD | Delivery date: | Mar 6, 2014 12:06 |
| Service type: | FedEx Ground | | |
| Special Handling: | | | |

Signature image is available. In order to view image and detailed information, the shipper or payor account number of the shipment must be provided.

## Shipping Information:

| | | | |
|---|---|---|---|
| Tracking number: | 863610781828994 | Ship date: | Mar 4, 2014 |
| | | Weight: | 3.3 lbs/1.5 kg |

Recipient:
Largo, MD US

Shipper:
Plainfield, IN US

| | |
|---|---|
| Purchase order number: | 543979108WEB |
| Shipment Id | 863610781828994 |
| Invoice number | 0005199512 |

Thank you for choosing FedEx.



March 14, 2014

Dear Customer:

The following is the proof-of-delivery for tracking number **863610781829021**.

## Delivery Information:

| | | | |
|---|---|---|---|
| **Status:** | Delivered | **Delivery location:** | Washington, DC |
| **Signed for by:** | AWINSTEAD | **Delivery date:** | Mar 6, 2014 12:06 |
| **Service type:** | FedEx Ground | | |
| **Special Handling:** | | | |

Signature image is available. In order to view image and detailed information, the shipper or payor account number of the shipment must be provided.

## Shipping Information:

| | | | |
|---|---|---|---|
| **Tracking number:** | 863610781829021 | **Ship date:** | Mar 4, 2014 |
| | | **Weight:** | 3.3 lbs/1.5 kg |

| | |
|---|---|
| **Recipient:** | **Shipper:** |
| Largo, MD US | Plainfield, IN US |

| | |
|---|---|
| **Purchase order number:** | 543979108WEB |
| **Shipment Id** | 863610781829021 |
| **Invoice number** | 0005199512 |

Thank you for choosing FedEx.

# INVOICE



877-706-8684

| Date | Invoice Number | Customer Number |
|---|---|---|
| 03/04/14 | 100400803410 | 314494 |

| AMOUNT DUE | AMOUNT ENCLOSED |
|---|---|
| 7,365.54 | |

S
O  SIMPLEXITY LLC
L  10790 PARKRIDGE BLVD
D  STE 200
T  RESTON VA  20191
O

S
H  SIMPLEXITY LLC
I  9301 Peppercorn Pl
P  Largo, MD  20774-5305
T
O

For prompt service, please detach and return the top portion with payment to the address below.

| SALES REP. | P.O. NUMBER | SHIPPED VIA | | TERMS | | | FOB |
|---|---|---|---|---|---|---|---|
| B315 | 72309 | FXG3 | | 30 DAYS NET | | | DESTINATION |
| Item | Description | | Quantity | Unit Price | Extend Price | Order No. | Package No. |
| 610214634290 | M819 NOVA BLACK TMUS | | 3 | 349.30 | 1,047.90 | 99473466 | 0019207370 |
| 610214634290 | M819 NOVA BLACK TMUS | | 3 | 349.30 | 1,047.90 | 99473466 | 0019207371 |
| 610214634290 | M819 NOVA BLACK TMUS | | 3 | 349.30 | 1,047.90 | 99473466 | 0019207372 |
| 610214634290 | M819 NOVA BLACK TMUS | | 3 | 349.30 | 1,047.90 | 99473466 | 0019208056 |
| 610214634290 | M819 NOVA BLACK TMUS | | 3 | 349.30 | 1,047.90 | 99473466 | 0019208057 |
| 610214634290 | M819 NOVA BLACK TMUS | | 3 | 349.30 | 1,047.90 | 99473466 | 0019208058 |
| 610214634290 | M819 NOVA BLACK TMUS | | 3 | 349.30 | 1,047.90 | 99473466 | 0019208061 |

FOR STANDARD MAIL REMITTANCE SEND TO:

METRO PCS
1194 PAYSPHERE CIRCLE
CHICAGO, IL, 60674

FOR OVERNIGHT REMITTANCE SEND TO:

METRO PCS
540 W. MADISON 4TH FLOOR - LBX 1194
CHICAGO, IL 60661

| | |
|---|---|
| SUBTOTAL | 7,335.30 |
| SALES TAX | 0.00 |
| FREIGHT AND INSURANCE | 30.24 |
| INVOICE TOTAL | 7,365.54 |

Invoice#:  100400803410

Evavi - Order Details

Welcome bsatzer | Logout | Bookmark | Page Options | Help

🖫 LaunchPad    🖥 Order    🖥 Customer    🖥 Product    🖥 Additional Details    🖥 Authorization Details    🖥 Pricing    🖥 Promotions    🖥 Setup    🖥 Return    🖥 Receiving    🖥 WorkTicket    🖥 Inventory    🖥 System

🖫 Quick Search

Select Type ▼

🖥 Navigation

General

**Order**
⊞ Order Workbench
⊞ Order Create
⊞ Order Line Item Workbench
⊞ Backorder Release Workbench
⊞ Work Order
⊞ Shipping Order
⊞ Hold
⊞ Substitutions
⊞ Outbound ASN
⊞ Shipment

🖫 My Bookmarks

General
▶ ESN # Search (0)
▶ Search Cust by Cust # (0)
▶ Tracking # Lookup (0)

Metro
Retail

🖥 To Do List

⊞ Create Task

🖫 Order Details

General Details | Additional Details | Authorization Details | Order Setup Details | Audit Details

**Order Details**

Order ID 99473466
Customer Name / No. SIMPLEXITY LLC / 314484
Customer PO 72309

Shipping Contact Details

🏠 MAIN
SIMPLEXITY LLC
9301 Peppercorn Pl
Largo MD 20774-5305 US
Phone:          Mobile:
Fax:          Email:

CSR ID  MET1
Primary Site  MET1
Split Site OK  No
Request Ship Date  02/24/2014
Shipping Method  GGRNDP

Order Status  Completed
Order Category  Regular
Credit Rep ID  025

Billing Contact Details
🏠 SIMPLEXITY LLC
SIMPLEXITY LLC
10790 PARKRIDGE BLVD  STE 200
RESTON VA 20191 US
Phone: 703 657 4800    Mobile:
Fax:          Email:
APCUSTOMERSERVICE@SIMPLEXITY.COM

Salesperson ID  0
Source Site Group
Split Time OK  Yes
Payment Term  30N01
Order Amount  $7,335.30

[Edit] [Reprice] [Plan] [Submit] [Cancel] [Apply Hold]

🖫 Order Line Item Workbench

Order Summary:   Total Lines: 1   Total Order Qty: 21   Total Order Amt: $7,335.30

[Update] [Cancel]

| | Order Line | Line Type | Product ID | Site | Product ID | Original Qty | Order Qty | WMS Cancel Qty | Promise Qty | Price Override | Unit Price | Discount | Line Amt | Line Status | BKO Qty/Site |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| ☐ | 1 | Regular | 61021463429D | MET1 | 61021463429D | 21 | 21 | | 3 | 0 | $349.30 | $0.00 | $7,335.30 | Shipped | 0 |

🖫 Displaying Result 1-1 of 1| <<First <Prev. 1 | Next> Last>>

🖫 Planning Details

| | Order Line | | Site | Product ID | Promise Qty | Promise Date | Release Date | Ship Date | Details |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | 1 | | MET1 | 61021463429D | 3 | 02/24/2014 | 03/04/2014 | 03/04/2014 | MET1 Details |
| ☐ | 1 | | MET1 | 61021463429D | 3 | 02/24/2014 | 03/04/2014 | 03/04/2014 | MET1 Details |
| ☐ | 1 | | MET1 | 61021463429D | 3 | 02/24/2014 | 03/04/2014 | 03/04/2014 | MET1 Details |
| ☐ | 1 | | MET1 | 61021463429D | 3 | 02/24/2014 | 03/04/2014 | 03/04/2014 | MET1 Details |

Evavi - Order Details

| | 1 | | Mt:11 | 610214634290 | 3 | 02/24/2014 | 03/04/2014 | Mt:11 Details |
| | 1 | | MET1 | 610214634280 | 3 | 02/24/2014 | 03/04/2014 | METt Details |
| | 1 | | MET1 | 610214634290 | 3 | 02/24/2014 | 03/04/2014 | METt Details |

[Displaying Result 1 - 7 of 7]

**Order & Line Holds**

Release

| Released | Order ID | Order Line | Hold Definition | Hold Description | Created By | Attributes | | Release Notes | Released By | Last Modified Date |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | Attribute Name | Attribute Value | | | |
| | | | | | | Age Bucket | 2 | | | 1 |
| | | | | | | Level 1 Amt | $50,000.00 | | | |
| | | | | | | Level 1 Permission | ndodc | | | |
| | 99473466 | | MAG | | bhouser | Level 2 Amt | $100,000.00 | | | |
| | | | | Customer 314494 max aged balance is $500.00, > 6 days = $22,864.88. The Customer on the order is 314494 | | Level 2 Permission | r500d | | betabear | 02/27/2014 14:58:16 PM |
| | | | | | | Level 3 Amt | $500,000.00 | | | |
| | | | | | | Level 3 Permission | rdati | | | |
| | | | | | | Max Balance | 500 | | | |
| | 99473466 | 1 | C1 | Auto Credit Hold for Customer: 314494 - SIMPLEXITY LLC | bhouser | | | | betabear | 03/04/2014 15:52:59 PM |

[Displaying Result 1 - 2 of 2]

**Shipping Order Line Item Workbench**

| Shipping Order Line | Shipping Order ID | Order Line | Product ID | Expected Ship Date | Sell Qty | Sell Qty | WMS Cancel Qty | Sell Status |
|---|---|---|---|---|---|---|---|---|
| 1 | 543713782 | 1 | 610214634290 | 02/24/2014 | 21 | 21 | 21 | 0 | Shipped |

[Displaying result 1 - 1 of 1] <<First <Prev. 1 |Next> Last>>

**Shipment Line Item Workbench**

Order Summary:  Actual Total Weight: 24.5   Actual Total Volume: 24.5   Actual Total Volume: 1960.0   Total Freight Charges: $30.24   Total Insurance Charges: $0.00

| Shipment ID | Order ID | Shipping Order ID | Customer Number | Shipping Order Line | Product ID | Qty | Avg. Unit Cost | Shipment Tracking No. | Status | Line Amt | Created Date |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 0019207370 | 99473466 | 543713782 | 314494 | 1 | 610214634290 | 3 | $0.00 | 8838107816829915 | Shipped | $7,335.30 | 03/04/2014 23:47:16 PM |
| 0019207371 | 99473466 | 543713782 | 314494 | 1 | 610214634290 | 3 | $0.00 | 8838107816829854 | Shipped | $7,335.30 | 03/04/2014 23:47:15 PM |
| 0019207372 | 99473466 | 543713782 | 314494 | 1 | 610214634290 | 3 | $0.00 | 8838107816829892 | Shipped | $7,335.30 | 03/04/2014 23:47:16 PM |
| 0019208055 | 99473466 | 543713782 | 314494 | 1 | 610214634290 | 3 | $0.00 | 8838107816829908 | Shipped | $7,335.30 | 03/04/2014 23:47:17 PM |

Evavi - Order Details

| | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| ☐ | 0019208087 | 9947/94566 | 543/13/192 | 314494 | 1 | 610214684290 | 3 | $0.00 | 96589107/8150002/ | Shipped | $7,335.30 | 03/04/2014 23:47:17 PM |
| ☐ | 0019208568 | 99472466 | 543713782 | 314494 | 1 | 610214684280 | 3 | $0.00 | 8656107/81829946 | Shipped | $7,335.30 | 03/04/2014 23:47:17 PM |
| ☐ | 0019208651 | 99472466 | 543713792 | 314494 | 1 | 610214684290 | 3 | $0.00 | 8656107781830034 | Shipped | $7,335.30 | 03/04/2014 23:47:17 PM |

[Displaying Result 1 - 7 of 7] <<First <Prev. 1 | Next> Last>>

© 2014 Evavi Inc. All rights reserved.

Ingram Micro Synchronized Supply Chain 7.2 (Version: 3.3.6) Powered by Evavi / Fabric

**FedEx**

March 14, 2014

Dear Customer:

Proof-of-delivery letters are being provided for the following shipments:

| | |
|---|---|
| **863610781829854** | Washington, DC |
| **863610781829892** | Washington, DC |
| **863610781829908** | Washington, DC |
| **863610781829915** | Washington, DC |
| **863610781829946** | Washington, DC |
| **863610781830027** | Washington, DC |
| **863610781830034** | Washington, DC |

You may save or print this Batch Signature Proof of Delivery file for your records.

Thank you for choosing FedEx.

FedEx
1.800.GoFedEx 1.800.463.3339

**FedEx**®

March 14,2014

Dear Customer:

The following is the proof-of-delivery for tracking number **863610781829854**.

## Delivery Information:

| | | | |
|---|---|---|---|
| **Status:** | Delivered | **Delivery location:** | 9301 PEPPERCRON PLACE<br>Washington, DC 20510 |
| **Signed for by:** | AWINSTEAD | **Delivery date:** | Mar 6, 2014 12:06 |
| **Service type:** | FedEx Ground | | |
| **Special Handling:** | | | |



**A. WINSTEAD**
**#4, 11:49, 64 Del, 0 NonDel**

## Shipping Information:

| | | | |
|---|---|---|---|
| **Tracking number:** | 863610781829854 | **Ship date:** | Mar 4, 2014 |
| | | **Weight:** | 3.5 lbs/1.6 kg |

**Recipient:**
SIMPLEXITY LLC
SIMPLEXITY LLC
9301 Peppercorn Pl
Largo, MD 20774 US

**Shipper:**
Traffic Department
BRIGHTPOINT/METRO PCS
501 AIRTECH PKWY
Plainfield, IN 46168 US

**Purchase order number:**
**Shipment Id**
**Invoice number**

543713782WEB
863610781829854
0005187075

Thank you for choosing FedEx.

**FedEx**

March 14,2014

Dear Customer:

The following is the proof-of-delivery for tracking number **863610781829892**.

## Delivery Information:

| Status: | Delivered | Delivery location: | 9301 PEPPERCRON PLACE |
| | | | Washington, DC 20510 |

| Signed for by: | AWINSTEAD | Delivery date: | Mar 6, 2014 12:06 |
| Service type: | FedEx Ground | | |
| Special Handling: | | | |



A. WINSTEAD
#4, 11:49, 64 Del, 0 NonDel

## Shipping Information:

| Tracking number: | 863610781829892 | Ship date: | Mar 4, 2014 |
| | | Weight: | 3.5 lbs/1.6 kg |

| Recipient: | | Shipper: |
| SIMPLEXITY LLC | | Traffic Department |
| SIMPLEXITY LLC | | BRIGHTPOINT/METRO PCS |
| 9301 Peppercorn Pl | | 501 AIRTECH PKWY |
| Largo, MD 20774 US | | Plainfield, IN 46168 US |

| Purchase order number: | | 543713782WEB |
| Shipment Id | | 863610781829892 |
| Invoice number | | 0005187075 |

Thank you for choosing FedEx.

March 14,2014

Dear Customer:

The following is the proof-of-delivery for tracking number **863610781829908**.

## Delivery Information:

| | | | |
|---|---|---|---|
| **Status:** | Delivered | **Delivery location:** | 9301 PEPPERCRON PLACE |
| | | | Washington, DC 20510 |
| **Signed for by:** | AWINSTEAD | **Delivery date:** | Mar 6, 2014 12:06 |
| **Service type:** | FedEx Ground | | |
| **Special Handling:** | | | |



A. WINSTEAD
#4, 11:49, 64 Del, 0 NonDel

## Shipping Information:

| | | | |
|---|---|---|---|
| **Tracking number:** | 863610781829908 | **Ship date:** | Mar 4, 2014 |
| | | **Weight:** | 3.5 lbs/1.6 kg |

**Recipient:**
SIMPLEXITY LLC
SIMPLEXITY LLC
9301 Peppercorn Pl
Largo, MD 20774 US

**Shipper:**
Traffic Department
BRIGHTPOINT/METRO PCS
501 AIRTECH PKWY
Plainfield, IN 46168 US

**Purchase order number:**
**Shipment Id**
**Invoice number**

543713782WEB
863610781829908
0005187075

Thank you for choosing FedEx.



March 14, 2014

Dear Customer:

The following is the proof-of-delivery for tracking number **863610781829915**.

---

## Delivery Information:

| | | | |
|---|---|---|---|
| **Status:** | Delivered | **Delivery location:** | 9301 PEPPERCRON PLACE<br>Washington, DC 20510 |
| **Signed for by:** | AWINSTEAD | **Delivery date:** | Mar 6, 2014 12:06 |
| **Service type:** | FedEx Ground | | |
| **Special Handling:** | | | |



**A. WINSTEAD**
**#4, 11:49, 64 Del, 0 NonDel**

---

## Shipping Information:

| | | | |
|---|---|---|---|
| **Tracking number:** | 863610781829915 | **Ship date:** | Mar 4, 2014 |
| | | **Weight:** | 3.5 lbs/1.6 kg |

**Recipient:**
SIMPLEXITY LLC
SIMPLEXITY LLC
9301 Peppercorn Pl
Largo, MD 20774 US

**Purchase order number:**
**Shipment Id**
**Invoice number**

**Shipper:**
Traffic Department
BRIGHTPOINT/METRO PCS
501 AIRTECH PKWY
Plainfield, IN 46168 US

543713782WEB
863610781829915
0005187075

Thank you for choosing FedEx.



March 14,2014

Dear Customer:

The following is the proof-of-delivery for tracking number **863610781829946**.

---

### Delivery Information:

| | | | |
|---|---|---|---|
| **Status:** | Delivered | **Delivery location:** | 9301 PEPPERCRON PLACE |
| | | | Washington, DC 20510 |
| **Signed for by:** | AWINSTEAD | **Delivery date:** | Mar 6, 2014 12:06 |
| **Service type:** | FedEx Ground | | |
| **Special Handling:** | | | |



A. WINSTEAD
#4, 11:49, 64 Del, 0 NonDel

---

### Shipping Information:

| | | | |
|---|---|---|---|
| **Tracking number:** | 863610781829946 | **Ship date:** | Mar 4, 2014 |
| | | **Weight:** | 3.5 lbs/1.6 kg |

**Recipient:**
SIMPLEXITY LLC
SIMPLEXITY LLC
9301 Peppercorn Pl
Largo, MD 20774 US

**Purchase order number:**
**Shipment Id**
**Invoice number**

**Shipper:**
Traffic Department
BRIGHTPOINT/METRO PCS
501 AIRTECH PKWY
Plainfield, IN 46168 US

543713782WEB
863610781829946
0005187075

Thank you for choosing FedEx.

March 14, 2014

Dear Customer:

The following is the proof-of-delivery for tracking number **863610781830027**.

---

## Delivery Information:

| | | | |
|---|---|---|---|
| **Status:** | Delivered | **Delivery location:** | 9301 PEPPERCRON PLACE |
| | | | Washington, DC 20510 |
| **Signed for by:** | AWINSTEAD | **Delivery date:** | Mar 6, 2014 12:06 |
| **Service type:** | FedEx Ground | | |
| **Special Handling:** | | | |



**A. WINSTEAD**
**#4, 11:49, 64 Del, 0 NonDel**

---

## Shipping Information:

| | | | |
|---|---|---|---|
| **Tracking number:** | 863610781830027 | **Ship date:** | Mar 4, 2014 |
| | | **Weight:** | 3.5 lbs/1.6 kg |

**Recipient:**
SIMPLEXITY LLC
SIMPLEXITY LLC
9301 Peppercorn Pl
Largo, MD 20774 US

**Purchase order number:**
**Shipment Id**
**Invoice number**

**Shipper:**
Traffic Department
BRIGHTPOINT/METRO PCS
501 AIRTECH PKWY
Plainfield, IN 46168 US

543713782WEB
863610781830027
0005187075

Thank you for choosing FedEx.

 **FedEx**

March 14,2014

Dear Customer:

The following is the proof-of-delivery for tracking number **863610781830034**.

## Delivery Information:

| | | | |
|---|---|---|---|
| Status: | Delivered | Delivery location: | 9301 PEPPERCRON PLACE |
| | | | Washington, DC 20510 |
| Signed for by: | AWINSTEAD | Delivery date: | Mar 6, 2014 12:06 |
| Service type: | FedEx Ground | | |
| Special Handling: | | | |



**A. WINSTEAD**
**#4, 11:49, 64 Del, 0 NonDel**

## Shipping Information:

| | | | |
|---|---|---|---|
| Tracking number: | 863610781830034 | Ship date: | Mar 4, 2014 |
| | | Weight: | 3.5 lbs/1.6 kg |

Recipient:
SIMPLEXITY LLC
SIMPLEXITY LLC
9301 Peppercorn Pl
Largo, MD 20774 US

Shipper:
Traffic Department
BRIGHTPOINT/METRO PCS
501 AIRTECH PKWY
Plainfield, IN 46168 US

Purchase order number:
Shipment Id
Invoice number

543713782WEB
863610781830034
0005187075

Thank you for choosing FedEx.

# INVOICE



877-706-8684

| Date | Invoice Number | Customer Number |
|------|----------------|-----------------|
| 03/04/14 | 100400804082 | 314494 |

| AMOUNT DUE | AMOUNT ENCLOSED |
|------------|-----------------|
| 2,314.44 | |

S
O  SIMPLEXITY LLC
L  10790 PARKRIDGE BLVD
D  STE 200
T  RESTON VA  20191
O

S
H  SIMPLEXITY LLC
I  9301 Peppercorn Pl
P  Largo, MD  20774-5305

T
O

For prompt service, please detach and return the top portion with payment to the address below.

| SALES REP. | P.O. NUMBER | SHIPPED VIA | TERMS | | | | FOB |
|------------|-------------|-------------|-------|---|---|---|-----|
| B315 | 72340 | FXG3 | 30 DAYS NET | | | | DESTINATION |

| Item | Description | Quantity | Unit Price | Extend Price | Order No. | Package No. |
|------|-------------|----------|------------|--------------|-----------|-------------|
| 610214633279 | SAM M919 GS 4 16GB WHITE TMUS KIT | 3 | 384.30 | 1,152.90 | 99703035 | 0019207365 |
| 610214633279 | SAM M919 GS 4 16GB WHITE TMUS KIT | 3 | 384.30 | 1,152.90 | 99703035 | 0019207367 |

FOR STANDARD MAIL REMITTANCE SEND TO:
METRO PCS
1194 PAYSPHERE CIRCLE
CHICAGO, IL, 60674

FOR OVERNIGHT REMITTANCE SEND TO:
METRO PCS
540 W. MADISON 4TH FLOOR - LBX 1194
CHICAGO, IL 60661

| | |
|---|---|
| SUBTOTAL | 2,305.80 |
| SALES TAX | 0.00 |
| FREIGHT AND INSURANCE | 8.64 |
| INVOICE TOTAL | 2,314.44 |

Invoice#:  100400804082

Page 1 of 1

Welcome bstarzer | Logout | Bookmark | Page Options | Help

🖫 LaunchPad   🖫 Order   🖫 Customer   🖫 Product   🖫 Pricing   🖫 Promotions   🖫 Setup   🖫 Return   🖫 Receiving   🖫 WorkTicket   🖫 Inventory   🖫 System

**Quick Search**
Select Type

**Navigation**
- Order
  - Order Workbench
  - Order Create
  - Order Line Item Workbench
  - Backorder Release Workbench
  - Work Order
  - Shipping Order
  - Hold
  - Substitutions
  - Outbound ASN
  - Shipment

**My Bookmarks**
General
- ESN # Search (0)
- Search Cust by Cust # (0)
- Tracking # Lookup (0)

Metro
Retail

🖫 To Do List
- Create Task

**Order Details**

| General Details | Additional Details | Authorization Details | Order Setup Details | Audit Details |

Order ID  99703035
Customer Name / No.  SIMPLEXITY LLC / 31-2494
Customer PO  72340

Order Status  Completed
Order Category  Regular
Credit Rep ID  025

SIMPLEXITY LLC
SIMPLEXITY LLC
10790 PARKRIDGE BLVD  STE 200
RESTON VA  20191 US
Phone: 703 657 4600
Fax:
Mobile:
Email: AECUSTOMERSERVICE@SIMPLEXITY.COM

Billing Contact Details

**Shipping Contact Details**
MAIN
SIMPLEXITY LLC
9301 Peppercorn Pl
Largo MD 20774-5305 US
Phone:
Fax:
Mobile:
Email:

CSR ID  MET1
Primary Site  MET1
Split Site OK  No
Request Ship Date  03/03/2014
Shipping Method  GSRNO2P

Salesperson ID  0
Source Site Group
Split Time OK  Yes
Payment Term  30N01
Order Amount  $3,458.70

[Edit] [Reprice] [Plan] [Submit] [Cancel] [Apply Hold]

**Order Line Item Workbench**

Order Summary:  Total Lines: 1   Total Order Qty: 9   Total Order Amt: $3,458.70

[Update] [Cancel]

| Order Line | Line Type | Product ID | Site | Original Qty | Order Qty | Promise Qty | WMS Cancel Qty | Price Override | Unit Price | Discount | Line Amt | Line Status | BKO Qty/Site |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | Regular | 610214533279 | MET1 | 9 | 9 | | 0 | | $384.30 | $0.00 | $3,458.70 | Shipped | 0 |

Displaying Result 1 - 1 of 1|<<First <Prev 1 Next> Last>>

**Planning Details**

| Order Line | Product ID | Site | Promise Date | Release Date | Ship Date | Details |
|---|---|---|---|---|---|---|
| 1 | 610214533279 | MET1 | 03/03/2014 | 03/04/2014 | | MET1 Details |
| 1 | 610214533279 | MET1 | 03/03/2014 | 03/04/2014 | | MET1 Details |
| 1 | 610214533279 | MET1 | 03/03/2014 | 03/04/2014 | | MET1 Details |

Displaying Result 1 - 3 of 3]

Evavi - Order Details

## Order & Line Holds

[Release]

| Released | Order ID | Order Line | Hold Definition | Hold Description | Created By | Attributes | | Release Notes | Released By | Last Modified Date |
|---|---|---|---|---|---|---|---|---|---|---|
| ☐ | 99703035 | | MAG | Customer 314494 max aged balance is $500.00. > 8 days is $22,364.88. The Customer on the order is 314494 | bbrowser | **Attribute Name** / **Attribute Value** | | | bbrowser | 03/04/2014 15:52:57 PM |
| ☐ | 99703035 | | C1 | Auto Credit Hold for Customer 314494 - SIMPLEXITY LLC | bbrowser | | | | bbrowser | 03/04/2014 15:52:57 PM |

Attributes:

| Attribute Name | Attribute Value |
|---|---|
| Age Budget | 2 |
| Level 1 Amt | $50,000.00 |
| Level 1 Permission | r100d |
| Level 2 Amt | $100,000.00 |
| Level 2 Permission | r500c |
| Level 3 Amt | $500,000.00 |
| Level 3 Permission | rsall |
| Max Balance | 500 |

Displaying Result 1 - 2 of 2

## Shipping Order Line Item Workbench

| Shipping Order Line | Shipping Order ID | Order Line | Product ID | Expected Ship Date | Soil Qty | Shipped Qty | WMS Cancel Qty | Soil Status |
|---|---|---|---|---|---|---|---|---|
| ☐ 1 | 543979108 | 1 | 610214633279 | 03/03/2014 | 9 | 9 | 0 | Shipped |

Displaying Result 1 - 1 of 1 <<First <Prev. 1 |Next> Last>>

## Shipment Line Item Workbench

**Order Summary:** Actual Total Weight: 10.048999  Actual Total Volume: 735.0  Total Freight Charges: $12.96  Total Insurance Charges: $0.00

| Shipment ID | Order ID | Shipping Order ID | Customer Number | Shipping Order Line | Product ID | Qty | Avg. Unit Cost | Shipment Tracking No. | Status | Line Amt | Created Date |
|---|---|---|---|---|---|---|---|---|---|---|---|
| ☐ 0019207365 | 99703035 | 543979108 | 314494 | 1 | 610214633279 | 3 | $0.00 | 98361078182902 1 | Shipped | $3,458.70 | 03/04/2014 23:47:17 PM |
| ☐ 0019207366 | 99703035 | 543979108 | 314494 | 1 | 610214633279 | 3 | $0.00 | 98361078182899 4 | Shipped | $3,458.70 | 03/04/2014 23:47:17 PM |
| ☐ 0019207367 | 99703035 | 543979108 | 314494 | 1 | 610214633279 | 3 | $0.00 | 98361078182897 0 | Shipped | $3,458.70 | 03/04/2014 23:47:17 PM |

Displaying Result 1 - 3 of 3| <<First <Prev. 1 |Next> Last>>

© 2014 Evavi Inc. All rights reserved.

Ingram Micro Synchronized Supply Chain 7.2 (Version 3.3.6) Powered by Evavi Fabio

**FedEx**

March 14,2014

Dear Customer:

Proof-of-delivery letters are being provided for the following shipments:

**863610781828970**                    Washington,DC
**863610781828994**                    Washington,DC
**863610781829021**                    Washington,DC

You may save or print this Batch Signature Proof of Delivery file for your records.

Thank you for choosing FedEx.

FedEx
1.800.GoFedEx 1.800.463.3339



March 14,2014

Dear Customer:

The following is the proof-of-delivery for tracking number **863610781828970**.

---

### Delivery Information:

| | | |
|---|---|---|
| **Status:** | Delivered | **Delivery location:** |
| | | 9301 PEPPERCRON PLACE |
| | | Washington, DC 20510 |
| **Signed for by:** | AWINSTEAD | **Delivery date:** |
| **Service type:** | FedEx Ground | Mar 6, 2014 12:06 |
| **Special Handling:** | | |



**A. WINSTEAD**
**#4, 11:49, 64 Del, 0 NonDel**

---

### Shipping Information:

| | | |
|---|---|---|
| **Tracking number:** | 863610781828970 | **Ship date:** Mar 4, 2014 |
| | | **Weight:** 3.3 lbs/1.5 kg |

**Recipient:**
SIMPLEXITY LLC
SIMPLEXITY LLC
9301 Peppercorn Pl
Largo, MD 20774 US

**Shipper:**
Traffic Department
BRIGHTPOINT/METRO PCS
501 AIRTECH PKWY
Plainfield, IN 46168 US

**Purchase order number:**
**Shipment Id**
**Invoice number**

543979108WEB
863610781828970
0005199512

Thank you for choosing FedEx.

**FedEx**

March 14,2014

Dear Customer:

The following is the proof-of-delivery for tracking number **863610781828994**.

## Delivery Information:

| | | | |
|---|---|---|---|
| Status: | Delivered | Delivery location: | 9301 PEPPERCRON PLACE |
| | | | Washington, DC 20510 |
| Signed for by: | AWINSTEAD | Delivery date: | Mar 6, 2014 12:06 |
| Service type: | FedEx Ground | | |
| Special Handling: | | | |



**A. WINSTEAD**
**#4, 11:49, 64 Del, 0 NonDel**

## Shipping Information:

| | | | |
|---|---|---|---|
| Tracking number: | 863610781828994 | Ship date: | Mar 4, 2014 |
| | | Weight: | 3.3 lbs/1.5 kg |

**Recipient:**
SIMPLEXITY LLC
SIMPLEXITY LLC
9301 Peppercorn Pl
Largo, MD 20774 US

**Purchase order number:**
**Shipment Id**
**Invoice number**

**Shipper:**
Traffic Department
BRIGHTPOINT/METRO PCS
501 AIRTECH PKWY
Plainfield, IN 46168 US

543979108WEB
863610781828994
0005199512

Thank you for choosing FedEx.



March 14,2014

Dear Customer:

The following is the proof-of-delivery for tracking number **863610781829021**.

---

## Delivery Information:

| | | | |
|---|---|---|---|
| **Status:** | Delivered | **Delivery location:** | 9301 PEPPERCRON PLACE |
| | | | Washington, DC 20510 |
| **Signed for by:** | AWINSTEAD | **Delivery date:** | Mar 6, 2014 12:06 |
| **Service type:** | FedEx Ground | | |
| **Special Handling:** | | | |



**A. WINSTEAD**
**#4, 11:49, 64 Del, 0 NonDel**

---

## Shipping Information:

| | | | |
|---|---|---|---|
| **Tracking number:** | 863610781829021 | **Ship date:** | Mar 4, 2014 |
| | | **Weight:** | 3.3 lbs/1.5 kg |

**Recipient:**
SIMPLEXITY LLC
SIMPLEXITY LLC
9301 Peppercorn Pl
Largo, MD 20774 US

**Shipper:**
Traffic Department
BRIGHTPOINT/METRO PCS
501 AIRTECH PKWY
Plainfield, IN 46168 US

**Purchase order number:**
**Shipment Id**
**Invoice number**

543979108WEB
863610781829021
0005199512

Thank you for choosing FedEx.

# INVOICE



877-706-8684

| Date | Invoice Number | Customer Number |
|------|----------------|-----------------|
| 03/07/14 | 100400813007 | 314494 |

| AMOUNT DUE | AMOUNT ENCLOSED |
|------------|-----------------|
| 3,471.66 | |

S O L D T O
SIMPLEXITY LLC
10790 PARKRIDGE BLVD
STE 200
RESTON VA  20191

S H I P T O
SIMPLEXITY LLC
9301 Peppercorn Pl
Largo, MD  20774-5305

For prompt service, please detach and return the top portion with payment to the address below.

| SALES REP. | P.O. NUMBER | SHIPPED VIA | | TERMS | | | FOB |
|------------|-------------|-------------|---|-------|---|---|-----|
| B315 | 72356 | FXG3 | | 30 DAYS NET | | | DESTINATION |

| Item | Description | Quantity | Unit Price | Extend Price | Order No. | Package No. |
|------|-------------|----------|------------|--------------|-----------|-------------|
| 610214633279 | SAM M919 GS 4 16GB WHITE TMUS KIT | 3 | 384.30 | 1,152.90 | 99856179 | 0019248104 |
| 610214633279 | SAM M919 GS 4 16GB WHITE TMUS KIT | 3 | 384.30 | 1,152.90 | 99856179 | 0019248105 |
| 610214633279 | SAM M919 GS 4 16GB WHITE TMUS KIT | 3 | 384.30 | 1,152.90 | 99856179 | 0019248107 |

FOR STANDARD MAIL REMITTANCE SEND TO:

METRO PCS
1194 PAYSPHERE CIRCLE
CHICAGO, IL, 60674

FOR OVERNIGHT REMITTANCE SEND TO:

METRO PCS
540 W. MADISON 4TH FLOOR - LBX 1194
CHICAGO, IL 60661

| | |
|---|---|
| SUBTOTAL | 3,458.70 |
| SALES TAX | 0.00 |
| FREIGHT AND INSURANCE | 12.96 |
| INVOICE TOTAL | 3,471.66 |

Invoice#:  100400813007

Evavi - Order Details

Welcome bsarae! | Logout | Bookmark | Page Options | Help

🚀 LaunchPad   📋 Order   🧑 Customer   📦 Product   💲 Pricing   🎁 Promotions   ⚙ Setup   ↩ Return   📥 Receiving   🎫 WorkTicket   📦 Inventory   🖥 System

**Quick Search**
Select Type ▼

**Navigation**
- Order
  - Order Workbench
  - Order Create
  - Order Line Item Workbench
  - Backorder Release Workbench
  - Work Order
  - Shipping Order
  - Hold
  - Substitutions
  - Outbound ASN
  - Shipment

**My Bookmarks**
General
- ESN # Search (0)
- Search Cust by Cust # (0)
- Tracking # Lookup (0)

Metro
Retail

**To Do List**
- Create Task

---

**Order Details**

General Details | Additional Details | Authorization Details | Order Setup Details | Audit Details

Order ID   998585179
Customer Name / No.   SIMPLEXITY LLC / 314494
Customer PO   72355

Shipping Contact Details
MAIN
SIMPLEXITY LLC
9301 Peppercorn Pl
Largo MD 20774-4305 US
Phone:   Mobile:
Fax:   Email:

CSR ID
Primary Site   MET1
Split Site OK   No
Request Ship Date   03/06/2014
Shipping Method   GGRND2

[Edit] [Reprice] [Plan] [Submit] [Cancel] [Apply Hold]

Order Status   Completed
Order Category   Regular
Credit Rep ID   025

Billing Contact Details
SIMPLEXITY LLC
10790 PARKRIDGE BLVD  STE 200
RESTON VA 20191 US
Phone: 703 657 4600
Fax:
Mobile:
Email:
APCUSTOMERSERVICE@SIMPLEXITY.COM

Salesperson ID   0
Source Site Group
Split Time OK   Yes
Payment Term   30N01
Order Amount   $3,458.70

---

**Order Line Item Workbench**

Order Summary:   Total Lines: 1   Total Order Qty: 9   Total Order Amt: $3,458.70

[Update] [Cancel]

| | Order Line | Line Type | Product ID | Site | Original Qty | Order Qty | WMS Cancel Qty | Price Override | Unit Price | Discount | Line Amt | Line Status | BKO Qty/Site |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| ☐ | 1 | Regular | 61021453279 | MET1 | 9 | 9 | 0 | | $384.30 | $0.00 | $3,458.70 | Shipped | 0 |

Displaying Result 1 - 1 of 1] <<First <Prev. 1 | Next> Last>>

---

**Planning Details**

| | Order Line | Product ID | Promise Qty | Promise Date | Price Override | Release Date | Ship Date | Details |
|---|---|---|---|---|---|---|---|---|
| ☐ | 1 | 61021453279 | 3 | 03/06/2014 | | 03/07/2014 | | MET1 Details |
| ☐ | 1 | 61021453279 | 3 | 03/06/2014 | | 03/07/2014 | | MET1 Details |
| ☐ | 1 | 61021453279 | 3 | 03/06/2014 | | 03/07/2014 | | MET1 Details |

Displaying Result 1 - 3 of 3]

Evavi - Order Details

**Order & Line Holds**

[Release]

| Released | Order ID | Order Line | Hold Definition | Hold Description | Created By | Attribute Name | Attribute Value | Release Notes | Released By | Last Modified Date | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| ☐ | 98856179 | | MAG | Customer 314494 max aged balance is $520.00, > 8 days = $26,335.54. The Customer on the order is 314494 | boouser | Age Bucket | 2 | | | 03/07/2014 12:59:35 PM | 1 |
| | | | | | | Level 1 Amt | $50,000.00 | | | | |
| | | | | | | Level 1 Permission | r100d | | | | |
| | | | | | | Level 2 Amt | $100,000.00 | | | | |
| | | | | | | Level 2 Permission | r500d | | | | |
| | | | | | | Level 3 Amt | $500,000.00 | | | | |
| | | | | | | Level 3 Permission | rfastil | | | | |
| | | | | | | Max Balance | 500 | | | | |
| ☐ | 98856179 | | C1 | Auto Credit Hold for Customer: 314494 - SIMPLEXITY LLC | boouser | | | | bstatzer | 03/07/2014 12:59:35 PM | |

⟦Displaying Result 1 - 2 of 2⟧

**Shipping Order Line Item Workbench**

| Shipping Order Line | Shipping Order ID | Order Line | Product ID | Expected Ship Date | Qty | Soil Date | Shipped Qty | WMS Cancel Qty | Soil Status |
|---|---|---|---|---|---|---|---|---|---|
| ☐ 1 | 544140217 | 1 | 610214633279 | 03/06/2014 | 9 | | 9 | 9 | 0  Shipped |

⟦Displaying Result 1 - 1 of 1⟧ <<First <Prev. 1 | Next> Last>>

**Order Summary:** Actual Total Weight: 10.049999   Actual Total Volume: 735.0   Total Freight Charges: $12.95   Total Insurance Charges: $0.00

**Shipment Line Item Workbench**

| Shipment ID | Order ID | Shipping Order ID | Customer Number | Shipping Order Line | Product ID | Qty | Avg. Unit Cost | Shipment Tracking No. | Status | Line Amt | Created Date |
|---|---|---|---|---|---|---|---|---|---|---|---|
| ☐ 0019248104 | 98856179 | 544140217 | 314494 | 1 | 610214633279 | 3 | $0.00 | 8635610781851664 | Shipped | $3,458.70 | 03/07/2014 19:48:49 PM |
| ☐ 0019248106 | 98856179 | 544140217 | 314494 | 1 | 610214633279 | 3 | $0.00 | 8635610781852388 | Shipped | $3,458.70 | 03/07/2014 19:48:49 PM |
| ☐ 0019248107 | 98856179 | 544140217 | 314494 | 1 | 610214633279 | 3 | $0.00 | 8635610781851657 | Shipped | $3,458.70 | 03/07/2014 19:48:49 PM |

⟦Displaying Result 1 - 3 of 3⟧ <<First <Prev. 1 | Next> Last>>

© 2014 Evavi Inc. All rights reserved.

Ingram Micro Synchronized Supply Chain 7.2 (Version 3.3.6)  Powered by Evavi Fiado

March 14,2014

Dear Customer:

Proof-of-delivery letters are being provided for the following shipments:

**863610781851657**                    Upper Marlboro,MD
**863610781851664**                    Upper Marlboro,MD
**863610781852388**                    Upper Marlboro,MD

You may save or print this Batch Signature Proof of Delivery file for your records.

Thank you for choosing FedEx.

FedEx
1.800.GoFedEx 1.800.463.3339

 **FedEx** ®

March 14, 2014

Dear Customer:

The following is the proof-of-delivery for tracking number **863610781851657**.

---

### Delivery Information:

| | | | |
|---|---|---|---|
| **Status:** | Delivered | **Delivery location:** | 9301 PEPPERCORN PL |
| | | | Upper Marlboro, MD 20774 |
| **Signed for by:** | AWINSTEAD | **Delivery date:** | Mar 11, 2014 11:44 |
| **Service type:** | FedEx Ground | | |
| **Special Handling:** | | | |



**A. WINSTEAD**
**#13, 11:40, 29 Del, 0 NonDel**

---

### Shipping Information:

| | | | |
|---|---|---|---|
| **Tracking number:** | 863610781851657 | **Ship date:** | Mar 7, 2014 |
| | | **Weight:** | 3.3 lbs/1.5 kg |

**Recipient:**
SIMPLEXITY LLC
SIMPLEXITY LLC
9301 Peppercorn Pl
Largo, MD 20774 US

**Purchase order number:**
**Shipment Id**
**Invoice number**

**Shipper:**
Traffic Department
BRIGHTPOINT/METRO PCS
501 AIRTECH PKWY
Plainfield, IN 46168 US

544140217WEB
863610781851657
0005213612

Thank you for choosing FedEx.



March 14, 2014

Dear Customer:

The following is the proof-of-delivery for tracking number **863610781851664**.

## Delivery Information:

| | | | |
|---|---|---|---|
| Status: | Delivered | Delivery location: | 9301 PEPPERCORN PL<br>Upper Marlboro, MD 20774 |
| Signed for by: | AWINSTEAD | Delivery date: | Mar 11, 2014 11:44 |
| Service type: | FedEx Ground | | |
| Special Handling: | | | |



A. WINSTEAD
#13, 11:40, 29 Del, 0 NonDel

## Shipping Information:

| | | | |
|---|---|---|---|
| Tracking number: | 863610781851664 | Ship date: | Mar 7, 2014 |
| | | Weight: | 3.3 lbs/1.5 kg |

Recipient:
SIMPLEXITY LLC
SIMPLEXITY LLC
9301 Peppercorn Pl
Largo, MD 20774 US

Shipper:
Traffic Department
BRIGHTPOINT/METRO PCS
501 AIRTECH PKWY
Plainfield, IN 46168 US

Purchase order number:
Shipment Id
Invoice number

544140217WEB
863610781851664
0005213612

Thank you for choosing FedEx.

March 14,2014

Dear Customer:

The following is the proof-of-delivery for tracking number **863610781852388**.

---

### Delivery Information:

| | | |
|---|---|---|
| **Status:** | Delivered | **Delivery location:** 9301 PEPPERCORN PL<br>Upper Marlboro, MD 20774 |
| **Signed for by:** | AWINSTEAD | **Delivery date:** Mar 11, 2014 11:44 |
| **Service type:** | FedEx Ground | |
| **Special Handling:** | | |



A. WINSTEAD
#13, 11:40, 29 Del, 0 NonDel

---

### Shipping Information:

| | | |
|---|---|---|
| **Tracking number:** | 863610781852388 | **Ship date:** Mar 7, 2014 |
| | | **Weight:** 3.3 lbs/1.5 kg |

**Recipient:**
SIMPLEXITY LLC
SIMPLEXITY LLC
9301 Peppercorn Pl
Largo, MD 20774 US

**Shipper:**
Traffic Department
BRIGHTPOINT/METRO PCS
501 AIRTECH PKWY
Plainfield, IN 46168 US

**Purchase order number:**
**Shipment Id**
**Invoice number**

544140217WEB
863610781852388
0005213612

Thank you for choosing FedEx.

# INVOICE



877-706-8684

| Date | Invoice Number | Customer Number |
|------|----------------|-----------------|
| 03/11/14 | 100400818045 | 314494 |

| AMOUNT DUE | AMOUNT ENCLOSED |
|------------|-----------------|
| 1,052.22 | |

S O L D T O
SIMPLEXITY LLC
10790 PARKRIDGE BLVD
STE 200
RESTON VA  20191

S H I P T O
SIMPLEXITY LLC
9301 Peppercorn Pl
Largo, MD  20774-5305

For prompt service, please detach and return the top portion with payment to the address below.

| SALES REP. | P.O. NUMBER | SHIPPED VIA | | TERMS | | | FOB |
|------------|-------------|-------------|---|-------|---|---|-----|
| B315 | 72361 | FXG3 | | 30 DAYS NET | | | DESTINATION |

| Item | Description | Quantity | Unit Price | Extend Price | Order No. | Package No. |
|------|-------------|----------|-----------|--------------|-----------|-------------|
| 610214634290 | M819 NOVA BLACK TMUS | 3 | 349.30 | 1,047.90 | 99952068 | 0019276455 |

FOR STANDARD MAIL REMITTANCE SEND TO:
METRO PCS
1194 PAYSPHERE CIRCLE
CHICAGO, IL, 60674

FOR OVERNIGHT REMITTANCE SEND TO:
METRO PCS
540 W. MADISON 4TH FLOOR - LBX 1194
CHICAGO, IL 60661

| | |
|--|--|
| SUBTOTAL | 1,047.90 |
| SALES TAX | 0.00 |
| FREIGHT AND INSURANCE | 4.32 |
| INVOICE TOTAL | 1,052.22 |

Invoice#:  100400818045

Evavi - Order Details

Welcome bstalkeri | Logout | Bookmark | Page Options | Help

🖥 LaunchPad   📋 Order   🗄 Customer   🖥 Product   🗂 Pricing   🖱 Promotions   ⚙ Setup   🔄 Return   🖨 Receiving   🖥 WorkTicket   📦 Inventory   ⚙ System

**Quick Search**

Select Type ▾

**Navigation**

☐ Order
  ⊞ Order Workbench
  ⊞ Order Create
  ⊞ Order Line Item Workbench
  ⊞ Backorder Release Workbench
  ⊞ Work Order
  ⊞ Shipping Order
  ⊞ Hold
  ⊞ Substitutions
  ⊞ Outbound ASN
  ⊞ Shipment

**My Bookmarks**

General
  ▶ ESN # Search (0)
  ▶ Search Cust by Cust # (0)
  ▶ Tracking # Lookup (0)

Metro
Read

**To Do List**
  ⊞ Create Task

---

**Order Details**

General Details | Additional Details | Authorization Details | Order Setup Details | Audit Details

Order ID  99963268
Customer Name / No.  SIMPLEXITY LLC / 314464
Customer PO  72351

Order Status  Completed
Order Category  Regular
Credit Rep ID  025

Shipping Contact Details
  MAIN
  SIMPLEXITY LLC
  9301 Peppercorn Pl
  Largo MD 20774-5305 US
  Phone:          Mobile:
  Fax:            Email:

Billing Contact Details
  SIMPLEXITY LLC
  SIMPLEXITY LLC
  10790 PARKRIDGE BLVD STE 200
  RESTON VA 20191 US
  Phone: 703 657 4600
  Fax:
  Mobile:
  Email:
  ARCUSTOMERSERVICE@SIMPLEXITY.COM

CSR ID
Primary Site  MET1
Split Site OK  No
Request Ship Date  03/10/2014
Shipping Method  GSRNDP

Salesperson ID  0
Source Site Group
Split Time OK  Yes
Payment Term  30N01
Order Amount  $2,095.80

[Edit] [Reprice] [Plan] [Submit] [Cancel] [Apply Hold]

**Order Line Item Workbench**

Order Summary:  Total Lines: 1   Total Order Qty: 6   Total Order Amt: $2,095.80

[Update] [Cancel]

| ☐ | Order Line | Line Type | Product ID | Original Qty | Order Qty | WMS Cancel Qty | Price Override | Unit Price | Discount | Line Amt | Line Status | BKO Qty/Site |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| ☐ | 1 | Regular | 6102145342490 | 6 | 6 | 0 | | $349.30 | $0.00 | $2,095.80 | Shipped | 0 |

[Displaying Result 1 -1 of 1] <<First <Prev 1 |Next> Last>>

**Planning Details**

| ☐ | Order Line | Site | Product ID | Promise Qty | Promise Date | Release Date | Ship Date | Details |
|---|---|---|---|---|---|---|---|---|
| ☐ | 1 | MET1 | 6102145342490 | 3 | 03/11/2014 | 03/11/2014 | | MET1 Details |
| ☐ | 1 | MET1 | 6102145342490 | 3 | 03/10/2014 | 03/11/2014 | | MET1 Details |

[Displaying Result 1 - 2 of 2]

**Order & Line Holds**

---

Evavi - Order Details

**Release**

| Released | Order ID | Order Line | Hold Definition | Hold Description | Created By | Attributes | Release Notes | Released By | Last Modified Date |
|---|---|---|---|---|---|---|---|---|---|
| ✓ | 99950268 | | Q1 ⊙ | Auto Credit Hold for Customer: 314494 - SIMPLEXITY LLC | bbowser | | | betabror | 03/11/2014 14:42:14 PM |  1 |

[Displaying Result: 1 - 1 of 1]

**Shipping Order Line Item Workbench**

| Shipping Order Line | Shipping Order ID | Order Line | Product ID | Expected Ship Date | Sell Qty | Shipped Qty | WMS Cancel Qty | Soil Status |
|---|---|---|---|---|---|---|---|---|
| 1 | 544201886 | 1 | 610214634290 | 03/10/2014 | 6 | 6 | 6 | 0  Shipped |

[Displaying Result: 1 - 1 of 1] <<First <Prev. 1 |Next> Last>>

**Shipment Line Item Workbench**

Order Summary:   Actual Total Weight: 7.0   Actual Total Volume: 560.0   Total Freight Charges: $9.64   Total Insurance Charges: $0.00

| Shipment ID | Order ID | Shipping Order ID | Customer Number | Shipping Order Line | Product ID | Qty | Avg. Unit Cost | Shipment Tracking No. | Status | Line Amt | Created Date |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 0019276451 | 99950268 | 544201886 | 314494 | 1 | 610214634290 | 3 | $0.00 | 8636107861982004 | Shipped | $2,095.80 | 03/11/2014 21:04:05 PM |
| 0019276455 | 99950268 | 544201886 | 314494 | 1 | 610214634290 | 3 | $0.00 | 8636107861961618 | Shipped | $2,095.80 | 03/11/2014 21:04:05 PM |

[Displaying Result: 1 - 2 of 2] <<First <Prev. 1 |Next> Last>>

© 2014 Evavi Inc. All rights reserved.

Ingram Micro Synchronized Supply Chain 7.2 (Version: 3.3.6) Powered by Evavi Fabric

http://brightconnect.brightpoint.com/servlet/evavi/_display_/evavi-omx/order/OrderCEDJelly?order_id=8a82bc9444857746b014...    3/14/2014



Print page    Close

**In Progress**

| Tracking No.or Nickname | Shipper city, state | Ship (P/U) date | Status | Recipient city, state | Estimated delivery date |
|---|---|---|---|---|---|
| 863610781861618 | Plainfield,IN | 3/11/2014 12:00 am | Held for pickup | Largo,MD | 3/17/2014 12:00 am |
| 863610781862004 | Plainfield,IN | 3/11/2014 12:00 am | Held for pickup | Largo,MD | 3/17/2014 12:00 am |

# INVOICE



877-706-8684

| Date | Invoice Number | Customer Number |
|---|---|---|
| 03/11/14 | 100400818269 | 314494 |
| AMOUNT DUE | | AMOUNT ENCLOSED |
| 1,052.22 | | |

S O L D   T O
SIMPLEXITY LLC
10790 PARKRIDGE BLVD
STE 200
RESTON VA  20191

S H I P   T O
SIMPLEXITY LLC
9301 Peppercorn Pl
Largo, MD  20774-5305

For prompt service, please detach and return the top portion with payment to the address below.

| SALES REP. | P.O. NUMBER | SHIPPED VIA | TERMS | | FOB |
|---|---|---|---|---|---|
| B315 | 72361 | FXG3 | 30 DAYS NET | | DESTINATION |

| Item | Description | Quantity | Unit Price | Extend Price | Order No. | Package No. |
|---|---|---|---|---|---|---|
| 610214634290 | M819 NOVA BLACK TMUS | 3 | 349.30 | 1,047.90 | 99952068 | 0019276451 |

FOR STANDARD MAIL REMITTANCE SEND TO:

METRO PCS
1194 PAYSPHERE CIRCLE
CHICAGO, IL, 60674

FOR OVERNIGHT REMITTANCE SEND TO:

METRO PCS
540 W. MADISON 4TH FLOOR - LBX 1194
CHICAGO, IL 60661

| | |
|---|---|
| SUBTOTAL | 1,047.90 |
| SALES TAX | 0.00 |
| FREIGHT AND INSURANCE | 4.32 |
| INVOICE TOTAL | 1,052.22 |

Invoice#:  100400818269

Evavi - Order Details

http://brightconnect.brightpoint.com/servlet/evavi_display_/evavi-omx/order/OrderCED).jelly?order_id=8a82bc94448574b6014...   3/14/2014

Welcome krishna! | Logout | Bookmark | Page Options | Help

**Navigation**

Quick Search
Sheet Type

**Jelly Bookmarks**

- Order
  - Order Workbench
  - Order Create
  - Order Line Item Workbench
  - Backorder Release Workbench
  - Work Order
  - Shipping Order
  - Hold
  - Substitutions
  - Outbound ASN
  - Shipment

**General**
- ESN # Search (0)
- Search Cost by Cost # (0)
- Tracking # Lookup (0)

**Meta**
- Retail
- To Do List
- Create Task

LaunchPad | Order | Customer | Product | Pricing | Promotions | Setup | Return | Receiving | WorkTicket | Inventory | System

**Order Details**

General Details | Additional Details | Authorization Details | Order Setup Details | Audit Details

Edit | Reprice | Plan | Submit | Cancel | Apply Hold

**General Details**

Customer Name / No.: SIMPLEXITY LLC / 314464
Customer PO: 72251
Order ID: 199562088

MAIN
SIMPLEXITY LLC
9201 Fyspercoom Pl
Largo MD 20774-5305 US

Shipping Contact Details
CSR ID:
Primary Site: META
Split Site OK: No
Request Ship Date: 03/10/2014
Shipping Method: SGRND2

Phone:
Mobile:
Fax:
Email:

**Order Status:** Completed
**Order Category:** Reseller
**Credit Rep ID:** 025

TST SIMPLEXITY LLC
SIMPLEXITY LLC
10790 PARKRIDGE BLVD. STE 200
RESTON VA 20191 US

Billing Contact Details
Salesperson ID: 0
Source Site Group:
Split Time OK: Yes
Payment Term: 30N01
Order Amount: $2,095.80

Phone: 703 657 4690
Mobile:
Fax:
Email: ABQUSTOMERSERVICE@SIMPLEXITY.COM

**Order Summary:** Total Lines: 1   Total Order Qty: 6   Total Order Amt: $2,095.80

Update | Cancel

**Planning Details**

| | Order Line | Line Type | Site | Product ID | Original Qty | Order Qty | WMS Cancel Qty | Price Override | Unit Price | Discount | Line Amt | Line Status | BKO Qty/Site |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 1 | Regular | META | 61021462250 | 6 | 6 | 0 | | $349.30 | $0.00 | $2,095.80 | Shipped | 0 |

(Displaying Result: 1 - 1 of 1) <<First <Prev 1 Next> Last>>

**Order & Line Holds**

| | Order Line | Hold Definition | Hold Description | | Promise Date | Release Date | Attributes | Release Notes | Released By | Last Modified Date | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | 1 | C1 | Auto Credit Hold for Customer:314464 - SIMPLEXITY LLC | | | | | | | | |

(Displaying Result: 1 - 2 of 2)

| | Released | Order ID | Order Line | Product ID | | Promise Date | Release Date | Created By | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | 1 | 199562088 | 1 | 61021462250 | | 3 | 03/10/2014 | 03/11/2014 | kreiner | | |
| | 1 | 199562088 | 1 | 61021462250 | | 3 | 03/10/2014 | 03/11/2014 | kreiner | | |

META Details
META Details

(Displaying Result: 1 - 1 of 1)

**Shipping Order Line Item Workbench**

| | Shipping Order Line | Shipping Order ID | Order Line | Product ID | Expected Ship Date | Sell Qty | Shipped Qty | WMS Cancel Qty | Sell Status |
|---|---|---|---|---|---|---|---|---|---|
| | 1 | 544201886 | 1 | 61021462250 | 03/10/2014 | 6 | 6 | 0 | Shipped |

http://brightconnect.brightpoint.com/servlet/evavi_display_/evavi-omx/order/OrderCED)-jelly?order_id=8a82bc9444857466014...   3/14/2014

# Evavi - Order Details

© 2014 Kriteri Inc. All rights reserved.

Shipment Line Item Workbench

Order Summary:   Actual Total Weight 7.0   Actual Total Volume: 660.0   Total Freight Charges: $8.54   Total Insurance Charges: $0.00

[Displaying Result 1-1 of 1] <<First <Prev 1 |Next> Last>>

| | Shipment ID | Order ID | Shipping Order ID | Customer Number | Shipping Order Line | Product ID | Qty | Avg. Unit Cost | Shipment Tracking No. | Status | Line Amt | Created Date |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| ☐ | 201927451 | 99952069 | 5442016585 | 314464 | 1 [BM] | 61221465420 | 3 | $0.00 | 8836/0781882004 | Shipped | $2,095.60 | 02/11/2014 21:04:05 PM |

[Displaying Result 1-2 of 2] <<First <Prev 1 |Next> Last>>

| | Shipment ID | Order ID | Shipping Order ID | Customer Number | Shipping Order Line | Product ID | Qty | Avg. Unit Cost | Shipment Tracking No. | Status | Line Amt | Created Date |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| ☐ | 201927451 | 99952069 | 5442016585 | 314464 | | | | | | | | |
| ☐ | 201927555 | 99952068 | 5442016588 | 314464 | 1 [BM] | 61221465420 | 3 | $0.00 | 8836/0781881618 | Shipped | $2,095.60 | 02/11/2014 21:04:05 PM |

Ingram Micro DynameHosted Supply Chain 7.0 (Version 33.6) Powered by Evavi Fabric

🖨 Print page    Close ⚙



**In Progress**

| Tracking No.or Nickname | Shipper city, state | Ship (P/U) date | Status | Recipient city, state | Estimated delivery date |
|---|---|---|---|---|---|
| 863610781861618 | Plainfield,IN | 3/11/2014 12:00 am | Held for pickup | Largo,MD | 3/17/2014 12:00 am |
| 863610781862004 | Plainfield,IN | 3/11/2014 12:00 am | Held for pickup | Largo,MD | 3/17/2014 12:00 am |