IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | ) Chapter 11 |
|---|---|
| In re: | ) |
| | ) Case No. 14-10569 (KG) |
| SIMPLEXITY, LLC, *et al.*[1] | ) |
| | ) Jointly Administered |
| Debtors. | ) |
| | ) Re: Docket Nos. 443, 473 & 500 |

**ORDER APPROVING STIPULATION REGARDING HEARINGS
ON THE COMMITTEE'S STANDING MOTION AND FIFTH THIRD
BANK'S CONVERSION MOTION SCHEDULED FOR OCTOBER 16, 2014**

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that:

1. The *Stipulation Regarding Hearings on the Committee's Standing Motion and Fifth Third Bank's Conversion Motion Scheduled for October 16, 2014*, a copy of which is attached hereto as <u>Exhibit A</u>, is approved.

2. The Court shall retain jurisdiction to determine all matters arising under and related to the interpretation and implementation of this Order.

Dated: October 14, 2014
Wilmington, Delaware

The Honorable Kevin Gross
United States Bankruptcy Judge

---

[1] The last four digits of the taxpayer identification numbers of the Debtors follow in parentheses: Simplexity, LLC (9770); Simplexity Services, LLC (2823) ("<u>Simplexity Services</u>"; together with Simplexity, LLC, the "<u>Simplexity Debtors</u>"); and Adeptio INPC Holdings, LLC (4699) ("<u>Holdings</u>"). The Simplexity Debtors' mailing address is 10790 Parkridge Blvd., Suite 200, Reston, VA 20191. Holdings' mailing address is Cira Centre, 2929 Arch Street, Suite 1800, Philadelphia, PA 19104.

RLF1 10917248v.2