# EXHIBIT A

**Stipulation**

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | ) Chapter 11 |
|---|---|
| In re: | ) |
| | ) Case No. 14-10569 (KG) |
| SIMPLEXITY, LLC, et al.[1] | ) |
| | ) Jointly Administered |
| | ) |
| Debtors. | ) Re: Docket Nos. 443 & 473 |
| | ) |

## STIPULATION REGARDING HEARINGS ON THE COMMITTEE'S STANDING MOTION AND FIFTH THIRD BANK'S CONVERSION MOTION SCHEDULED FOR OCTOBER 16, 2014

The Official Committee of Unsecured Creditors appointed in the above-captioned chapter 11 cases (the "Committee"), Fifth Third Bank, in its capacity as DIP Agent[2] and Pre-Petition Senior Secured Agent ("FTB"), and the above-captioned Debtors (together with the Committee and FTB, the "Parties"), by and through their respective undersigned counsel, hereby stipulate and agree as follows:

**WHEREAS**, on March 16, 2014, each of the Debtors filed with the Court their respective voluntary petitions for relief under chapter 11 of Title 11 of the United States Code, 11 U.S.C. §§ 101-1532, commencing the above-captioned jointly administered chapter 11 cases in the United States Bankruptcy Court for the District of Delaware (the "Court");

---

[1] The last four digits of the taxpayer identification numbers of the Debtors follow in parentheses: Simplexity, LLC (9770); Simplexity Services, LLC (2823) ("Simplexity Services"; together with Simplexity, LLC, the "Simplexity Debtors"); and Adeptio INPC Holdings, LLC (4699) ("Holdings"). The Simplexity Debtors' mailing address is 10790 Parkridge Blvd., Suite 200, Reston, VA 20191. Holdings' mailing address is Cira Centre, 2929 Arch Street, Suite 1800, Philadelphia, PA 19104.

[2] Capitalized terms used but not defined herein shall have the meanings ascribed to such terms in the *Final Order (I) Authorizing Debtors (A) to Obtain Post-Petition Financial Pursuant to 11 U.S.C. §§ 105, 361, 362, 364(c)(1), 364(c)(3), 364(d)(1) and 364(e) and (B) to Utilize Cash Collateral Pursuant to 11 U.S.C. § 363 and (II) Granting Adequate Protection to Pre-Petition Secured Parties Pursuant to 11 U.S.C. §§ 363, 362, 363 and 364* [D.I. 145].

**WHEREAS**, on September 4, 2014, the Committee filed the *Motion of the Official Committee of Unsecured Creditors Pursuant to 11 U.S.C. §105(a), 1103(c) and 1109(b) and the Final DIP Order for Entry of an Order Granting Exclusive Standing and Authority to Commence, Prosecute and Settle Various Claims against Fifth Third Bank on Behalf of the Debtors' Estates* [D.I. 443] (the "Standing Motion");

**WHEREAS**, on September 29, 2014, FTB filed an objection [D.I. 478] to the Standing Motion, and the Debtors filed a limited objection [D.I. 477] to the Standing Motion;

**WHEREAS**, on September 25, 2014, FTB filed the *Second Motion of Fifth Third Bank to Convert These Cases to Cases Under Chapter 7* [D.I. 473] (the "Conversion Motion");

**WHEREAS**, hearings on the Standing Motion and the Conversion Motion are scheduled for October 16, 2014 at 10:00 a.m. (as may be continued or adjourned from time to time, the "Hearings");

**WHEREAS**, Rule 9013-1(d) of the Local Rules of Bankruptcy Practice and Procedure of the Court (the "Local Rules") provides that any hearing on a contested matter will be an evidentiary hearing unless the Local Rules, the parties or the Court provide otherwise;

**WHEREAS**, the Parties have each requested that the others identify and make available for deposition any witnesses to be called at the Hearings; and

**WHEREAS**, the Parties have informed each other that they do not intend to call any witnesses at the Hearings;

**NOW, THEREFORE, IT IS HEREBY STIPULATED, CONSENTED AND AGREED**, as follows:

2

RLF1 10917248v.2

1.  The Parties shall proceed with the Hearings on the Standing Motion and the Conversion Motion without calling any witnesses. The Parties shall not rely on any documents other than those filed in these cases or for which the Court may take judicial notice.

2.  Each of the Parties reserves its right to request, and to oppose any request, that the Court schedule a further evidentiary hearing on the Standing Motion and/or the Conversion Motion.

Dated: October 10, 2014

/s/ Michael P. Richman
**HUNTON & WILLIAMS LLP**
200 Park Avenue
New York, New York 10166-0136
Telephone: (212) 309-1000

*On behalf of the Official Committee of*
*Unsecured Creditors of Simplexity, LLC, et al.*


/s/ Edmon L. Morton
**YOUNG CONAWAY STARGATT & TAYLOR, LLP**
Rodney Square
1000 North King Street
Wilmington, DE 19801

*On behalf of the Debtors*


/s/ Jeremy M. Downs
**GOLDBERG KOHN LTD.**
55 East Monroe Street, Suite 3300
Chicago, Illinois 60603-5792
Telephone: (312) 201-4000

*On behalf of Fifth Third Bank, in its capacity*
*As DIP Agent and Pre-Petition Senior Secured Agent*