## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
:
In re: : Chapter 11
:
SIMPLEXITY, LLC, *et al.*,[1] : Case No. 14-10569 (KG)
:
        Debtors. :
: Jointly Administered
:
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

### AMENDED[2] NOTICE OF AGENDA OF MATTERS SCHEDULED FOR HEARING ON OCTOBER 16, 2014 AT 10:00 A.M. (ET)

**ADJOURNED/RESOLVED MATTERS:**

1.  Motion of Qualution Systems, Inc. for Allowance and Immediate Payment of Administrative Expense Claim [Docket No. 371, 6/24/14]

    Response/Objection Deadline:    July 9, 2014 at 4:00 p.m. (ET). Extended for the Debtors to July 11, 2014 at 4:00 p.m. (ET).

    Responses Received:

    A.  Limited Objection of Fifth Third Bank to Motion of Qualution Systems, Inc. for Allowance and Immediate Payment of Administrative Expense Claim [D.I. 386, 7/9/14]

    B.  Debtors' Objection to Motion of Qualution Systems, Inc. for Allowance and Immediate Payment of Administrative Expense Claim [Docket No. 393, 7/11/14]

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Simplexity, LLC (9770); Simplexity Services, LLC (2823) (together with Simplexity, LLC, the "Simplexity Debtors"); and Adeptio INPC Holdings, LLC (4699) ("Adeptio"). The Simplexity Debtors' mailing address is 10790 Parkridge Blvd., Suite 200, Reston, VA 20191. Adeptio's mailing address is Cira Centre, 2929 Arch Street, Suite 1800, Philadelphia, PA 19104.
[2] **Amended items appear in bold.**

Related Documents:

- C. Declaration of Frank C. Bennett III in Support of Debtors' Objection to Motion of Qualution Systems, Inc. for Allowance and Immediate Payment of Administrative Expense Claim [Docket No. 394, 7/11/14]

Status: This matter is adjourned until a date yet to be determined.

2. Debtors' Motion for Entry of a Second Order, Pursuant to Section 1121(d) of the Bankruptcy Code, Extending the Exclusive Periods for the Filing of a Chapter 11 Plan and the Solicitation of Acceptances Thereof [Docket No. 462, 9/12/14]

Response/Objection Deadline: September 26, 2014 at 4:00 p.m. (ET).

Objections Received: None

Related Pleadings:

- A. Certification of No Objection Regarding Debtors' Motion for Entry of a Second Order, Pursuant to Section 1121(d) of the Bankruptcy Code, Extending the Exclusive Periods for the Filing of a Chapter 11 Plan and the Solicitation of Acceptances Thereof [Docket No. 481, 9/30/14]

- B. Second Order, Pursuant to Section 1121(d) of the Bankruptcy Code, Extending the Exclusive Periods for the Filing of a Chapter 11 Plan and the Solicitation of Acceptances [Docket No. 487, 10/2/14]

Status: An order has been entered. No hearing is necessary.

**MATTERS GOING FORWARD:**

3. Motion of the Official Committee of Unsecured Creditors Pursuant to 11.U.S.C. §§ 105(a), 1103(c) and 1109(b) and the Final DIP Order for Entry of an Order Granting Exclusive Standing and Authority to Commence, Prosecute and Settle Various Claims Against Fifth Third Bank on Behalf of the Debtors' Estates [Docket No. 443, 9/4/14]

Response/Objection Deadline: September 29, 2014 at 4:00 p.m. (ET).

Objections Received:

- A. Limited Objection to Motion of the Official Committee of Unsecured Creditors Pursuant to 11.U.S.C. §§ 105(a), 1103(c) and 1109(b) and the Final DIP Order for Entry of an Order Granting Exclusive Standing and Authority to Commence, Prosecute and Settle Various Claims Against Fifth Third Bank on Behalf of the Debtors' Estates [Docket No. 477, 9/29/14]

B. Objection of Fifth Third Bank to Motion of Official Committee of Unsecured Creditors for Derivative Standing [Docket No. 478, 9/29/14]

Related Pleadings:

C. Notice of Hearing [Docket No. 461, 9/12/14]

D. Certification of Counsel Regarding Order Approving Stipulation Regarding Hearing on the Committee's Standing Motion and Fifth Third Bank's Conversion Motion Scheduled for October 16, 2014 [Docket No. 500, 10/10/14]

E. Reply of the Official Committee of Unsecured Creditors to Objection of Fifth Third Bank and Limited Objection of the Debtors Motion of the Official Committee of Unsecured Creditors Pursuant to 11.U.S.C. §§ 105(a), 1103(c) and 1109(b) and the Final DIP Order for Entry of an Order Granting Exclusive Standing and Authority to Commence, Prosecute and Settle Various Claims Against Fifth Third Bank on Behalf of the Debtors' Estates [Docket No. 501, 10/13/14]

**F. Order Approving Stipulation Regarding Hearing on the Committee's Standing Motion and Fifth Third Bank's Conversion Motion Scheduled for October 16, 2014 [Docket No. 509, 10/14/14]**

Status: This matter is going forward.

4. Second Motion of Fifth Third Bank to Convert Cases to Cases Under Chapter 7 [Docket No. 473, 9/25/14]

Response/Objection Deadline: October 9, 2014 at 4:00 p.m. (ET).

Objections Received:

A. Debtors' Limited Statement in Response to Second Motion of Fifth Third Bank to Convert Cases to Cases Under Chapter 7 [Docket No. 494, 10/9/14]

B. Objection of the Official Committee of Unsecured Creditors to Second Motion of Fifth Third Bank to Convert Cases to Cases Under Chapter 7 [Docket No. 497, 10/9/14]

Related Pleadings:

    C.      Certification of Counsel Regarding Order Approving Stipulation Regarding Hearing on the Committee's Standing Motion and Fifth Third Bank's Conversion Motion Scheduled for October 16, 2014 [Docket No. 500, 10/10/14]

    **D.**      **Order Approving Stipulation Regarding Hearing on the Committee's Standing Motion and Fifth Third Bank's Conversion Motion Scheduled for October 16, 2014 [Docket No. 509, 10/14/14]**

Status:      This matter is going forward.

## FEE APPLICATIONS

5.      First Quarterly Fee Requests [See Exhibit 1 attached hereto]

Response/Objection Deadlines:
- Gavin/Solmonese LLC – July 28, 2014
- Polsinelli PC – July 29, 2014
- Young Conaway Stargatt & Taylor, LLP – July 29, 2014
- Hunton and Williams LLP – July 30, 2014

Objections Received:

    A.      Fifth Third Bank's Reservation of Rights and Limited Objection Regarding Interim Fee Applications [Docket No. 492, 10/7/14]

Related Pleadings:

    B.      Notice of Hearing on First Interim Quarterly Fee Requests of Debtors' Professionals [Docket No. 456, 9/9/14]

    **C.**      **Certification of Counsel Regarding Proposed Omnibus Order Approving First Quarterly Fee Applications [Docket No. 525, 10/15/14]**

**Status:** This matter is adjourned with respect to the Rutberg & Company, LLC Fee Application. A Certification of Counsel has been filed regarding the remaining Fee Applications. No hearing is necessary.

Dated: October 15, 2014
Wilmington, Delaware

YOUNG CONAWAY STARGATT & TAYLOR, LLP

*/s/ Kenneth J. Enos*
Robert S. Brady (No. 2847)
Edmon L. Morton (No. 3856)
Kenneth J. Enos (No. 4544)
Justin P. Duda (No. 5478)
Rodney Square
1000 North King Street
Wilmington, Delaware 19801
Telephone: (302) 571-6600
Facsimile: (302) 571-1253

*Counsel for Debtors and Debtors in Possession*

01:16137425.1