**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
                                                 :

In re:                                   :        Chapter 11

SIMPLEXITY, LLC, *et al.*,[1]      :        Case No. 14-10569 (KG)

             Debtors.           :

                                          :        Jointly Administered
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

**AMENDED[2] NOTICE OF AGENDA OF MATTERS SCHEDULED FOR
HEARING ON DECEMBER 10, 2014 AT 10:00 A.M. (ET)**

**ADJOURNED/RESOLVED MATTERS:**

1. Motion of Qualution Systems, Inc. for Allowance and Immediate Payment of Administrative Expense Claim [Docket No. 371, 6/24/14]

    Response Deadline:                    July 9, 2014 at 4:00 p.m. (ET).  Extended for the Debtors to July 11, 2014 at 4:00 p.m. (ET).

    Responses Received:

        A.    Limited Objection of Fifth Third Bank to Motion of Qualution Systems, Inc. for Allowance and Immediate Payment of Administrative Expense Claim [Docket No. 386, 7/9/14]

        B.    Debtors' Objection to Motion of Qualution Systems, Inc. for Allowance and Immediate Payment of Administrative Expense Claim [Docket No. 393, 7/11/14]

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Simplexity, LLC (9770); Simplexity Services, LLC (2823) (together with Simplexity, LLC, the "Simplexity Debtors"); and Adeptio INPC Holdings, LLC (4699) ("Adeptio").  The Simplexity Debtors' mailing address is 10790 Parkridge Blvd., Suite 200, Reston, VA 20191.  Adeptio's mailing address is Cira Centre, 2929 Arch Street, Suite 1800, Philadelphia, PA 19104.

[2] **Amended items appear in bold.**

01:16386885.1

Related Documents:

 C. Declaration of Frank C. Bennett III in Support of Debtors' Objection to Motion of Qualution Systems, Inc. for Allowance and Immediate Payment of Administrative Expense Claim [Docket No. 394, 7/11/14]

Status: This matter is adjourned until a date yet to be determined.

2. Notice of Substantive Objection of the Official Committee of Unsecured Creditors and its Constituent Members Pursuant to 11 U.S.C. §§ 502 and 506 and Fed.R.Bankr.P.3007 to Claims filed by Fifth Third Bank [Docket No. 506, 10/14/14]

 Response Deadline: November 12, 2014 at 4:00 p.m. (ET).

 Responses Received: None

 Related Documents:

  A. Revised Notice of Substantive Objection of the Official Committee of Unsecured Creditors and its Constituent Members Pursuant to 11 U.S.C. §§ 502 and 506 and Fed.R.Bankr.P.3007 to Claims filed by Fifth Third Bank [Docket No. 513, 10/15/14]

 Status: This matter is adjourned pending the outcome of agenda item number five.

3. Debtors' Fifth Motion for Entry of an Order Authorizing the Debtor to Reject Certain Executory Contracts, *Nunc Pro Tunc*, Effective as of October 31, 2014 [Docket No. 552, 10/31/14]

 Response Deadline: November 14, 2014 at 4:00 p.m. (ET).

 Responses Received: None

 Related Documents:

  A. Certification of No Objection Regarding Debtors' Fifth Motion for Entry of an Order Authorizing the Debtor to Reject Certain Executory Contracts, *Nunc Pro Tunc*, Effective as of October 31, 2014 [Docket No. 567, 11/20/14]

  B. Fifth Order Authorizing the Debtor to Reject Certain Executory Contracts, *Nunc Pro Tunc*, Effective as of October 31, 2014 [Docket No. 571, 11/21/14]

 Status: An order has been entered. No hearing is necessary.

4.     Debtors' Motion for Entry of a Third Order, Pursuant to Section 1121(d) of the Bankruptcy Code, Extending the Exclusive Periods for the Filing of a Chapter 11 Plan and the Solicitation of Acceptances Thereof [Docket No. 562, 11/12/14]

    Response Deadline:    November 25, 2014 at 4:00 p.m. (ET).

    Responses Received:    None

    Related Documents:

    A.    Certification of No Objection Regarding Debtors' Motion for Entry of a Third Order, Pursuant to Section 1121(d) of the Bankruptcy Code, Extending the Exclusive Periods for the Filing of a Chapter 11 Plan and the Solicitation of Acceptances Thereof [Docket No. 583, 12/2/14]

    B.    Third Order, Pursuant to Section 1121(d) of the Bankruptcy Code, Extending the Exclusive Periods for the Filing of a Chapter 11 Plan and the Solicitation of Acceptances Thereof [Docket No. 589, 12/3/14]

    Status:    An order has been entered.  No hearing is necessary.

**MATTER GOING FORWARD:**

5.     Joint Motion of the Debtors and the Official Committee of Unsecured Creditors for Entry of an Order Pursuant to 11 U.S.C. § 105(a) and Fed. R. Bankr. P. 9019 Approving Stipulation Resolving Claims Against Fifth Third Bank and Allowing Claims of Fifth Third Bank Under the Final DIP Order [Docket No. 574, 11/26/14]

    Response Deadline:    December 9, 2014 at 4:00 p.m. (ET).

    **Responses Received:**

    **A.**    **The United States Trustee's Objection to the Joint Motion of the Debtors and the Official Committee of Unsecured Creditors for Entry of an Order Pursuant to 11 U.S.C. § 105(a) and Fed. R. Bankr. P. 9019 Approving Stipulation Resolving Claims Against Fifth Third Bank and Allowing Secured Claim of Fifth Third Bank Under the Final DIP Order (D.I. 574) and Cross Motion to Convert These Chapter 11 Cases to Chapter 7 Cases [Docket No. 594, 12/9/14]**

Related Documents:

A. The United States Trustee's Objection to the Joint Motion of the Debtors and the Official Committee of Unsecured Creditors for Entry of an Order Pursuant to Fed. R. Bankr. P. 9006 (c) and L. Bankr. R 9006-(e) Shortening Notice with Respect to Joint Motion for Entry of an Order Pursuant to 11 U.S.C. § 105(a) and Fed. R. Bankr. P. 9019 Approving Stipulation Resolving Claims Against Fifth Third Bank and Allowing Secured Claim of Fifth Third Bank Under the Final DIP Order [Docket No. 576, 11/29/14]

B. Reply of the Official Committee of Unsecured Creditors to the United States Trustee's Objection to the Joint Motion of the Debtors and the Official Committee of Unsecured Creditors for Entry of an Order Pursuant to Fed. R. Bankr. P. 9006 (c) and L. Bankr. R 9006-(e) Shortening Notice with Respect to Joint Motion for Entry of an Order Pursuant to 11 U.S.C. § 105(a) and Fed. R. Bankr. P. 9019 Approving Stipulation Resolving Claims Against Fifth Third Bank and Allowing Claims of Fifth Third Bank Under the Final DIP Order [Docket No. 577, 11/30/14]

C. Order Shortening Notice With Respect to Joint Motion of the Debtors and the Official Committee of Unsecured Creditors for Entry of an Order Pursuant to 11 U.S.C. § 105(a) and Fed. R. Bankr. P. 9019 Approving Stipulation Resolving Claims Against Fifth Third Bank and Allowing Claims of Fifth Third Bank Under the Final DIP Order [Docket No. 580, 12/1/14]

D. Notice of Hearing [Docket No. 581, 12/1/14]

E. **Omitted Exhibit to United States Trustee's Objection:  Proposed Order Converting the Chapter 11 Cases to Chapter 7 Cases [Docket No. 596, 12/9/14]**

F. **Certification of Counsel Regarding Revised Order Approving Stipulation Resolving Claims Against Fifth Third Bank and Allowing Claims of Fifth Third Bank Under the Final DIP Order [Docket No. 597, 12/9/14]**

G. **Declaration of Edward T. Gavin, CTP in Support of Joint Motion of the Debtors and the Official Committee of Unsecured Creditors for Entry of an Order Approving Stipulation Resolving Claims Against Fifth Third Bank and Allowing Claims of Fifth Third Bank Under the Final DIP Order [Docket No. 598, 12/9/14]**

Status:       This matter is going forward.

01:16386885.1

| | | |
|---|---|---|
| Dated: | December 9, 2014<br>Wilmington, Delaware | YOUNG CONAWAY STARGATT & TAYLOR, LLP |

*/s/ Justin P. Duda*
Robert S. Brady (No. 2847)
Edmon L. Morton (No. 3856)
Kenneth J. Enos (No. 4544)
Justin P. Duda (No. 5478)
Rodney Square
1000 North King Street
Wilmington, Delaware 19801
Telephone: (302) 571-6600
Facsimile: (302) 571-1253

*Counsel for Debtors and*
*Debtors in Possession*