IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------x
|                                | :  | Chapter 11                          |
| In re:                         | :  |                                     |
|                                | :  | Case No. 14-10569 (KG)              |
| SIMPLEXITY, LLC, *et al.*,[1]  | :  |                                     |
|                                | :  | (Jointly Administered)              |
|                                | :  |                                     |
| Debtors.                       | :  | **Ref. Docket Nos. 473, 543, 602**  |
---------------------------------------------------------x

### CERTIFICATION OF COUNSEL REGARDING ORDER CONVERTING THE CHAPTER 11 CASES TO CHAPTER 7 CASES

On September 25, 2014, Fifth Third Bank filed the *Second Motion of Fifth Third Bank to Convert Cases to Cases Under Chapter 7* [Docket No. 473] (the "Second Conversion Motion").

On October 23, 2014, the Court entered its *Memorandum Order* regarding the Second Conversion Motion [Docket No. 543].

On December 10, 2014, the Court entered its *Order Approving Stipulation Resolving Claims Against Fifth Third Bank and Allowing Claims of Fifth Third Bank Under the Final DIP Order* [Docket No. 602] (the "Settlement Order") approving a settlement among Fifth Third Bank, the Official Committee of Unsecured Creditors (the "Committee"), the Debtors and Rutberg & Co. (the "Settlement").

Pursuant to the Settlement and the Second Conversion Motion, Fifth Third Bank, the Committee and the Debtors have agreed to the conversion of the Debtors' chapter 11 cases to cases under chapter 7.

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Simplexity, LLC (9770); Simplexity Services, LLC (2823) (together with Simplexity, LLC, the "Simplexity Debtors"); and Adeptio INPC Holdings, LLC (4699) ("Adeptio"). The Simplexity Debtors' mailing address is 10790 Parkridge Blvd., Suite 200, Reston, VA 20191. Adeptio's mailing address is Cira Centre, 2929 Arch Street, Suite 1800, Philadelphia, PA 19104.

01:16462651.1

Attached hereto as <u>Exhibit A</u> is a proposed order (the "<u>Proposed Order</u>") converting the Debtors' chapter 11 cases to cases under chapter 7. The Debtors, Fifth Third Bank, the Committee and the Office of the United States Trustee have reviewed and approved the form of the Proposed Order.

The Debtors respectfully request that the Court enter the Proposed Order attached hereto as <u>Exhibit A</u> at its earliest convenience without further notice or hearing.

Dated:  January 5, 2015
        Wilmington, Delaware        YOUNG CONAWAY STARGATT
                                    & TAYLOR, LLP

                                    */s/ Justin P. Duda*
                                    Robert S. Brady (No. 2847)
                                    Edmon L. Morton (No. 3856)
                                    Kenneth J. Enos (No. 4544)
                                    Justin P. Duda (No. 5478)
                                    Rodney Square
                                    1000 North King Street
                                    Wilmington, Delaware  19801
                                    Telephone: (302) 571-6600
                                    Facsimile: (302) 571-1253

                                    *Counsel for Debtors and*
                                    *Debtors in Possession*