IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| Simplexity LLC, *et al.* | Case No. 14-10569 (KG) |
| Debtors.[1] | Ref. Docket Nos. 473, 543, 602 |

## ORDER CONVERTING THE CHAPTER 11 CASES TO CHAPTER 7 CASES

This matter having come before this Court on the *Second Motion of Fifth Third Bank to Convert These Cases to Cases Under Chapter 7* [Docket No. 473] (the "Second Conversion Motion"); and the Court having entered its *Memorandum Order Regarding the Second Conversion Motion* [Docket No. 543]; and the Court having entered its *Order Approving Stipulation Resolving Claims Against Fifth Third Bank and Allowing Claims of Fifth Third Bank Under the Final DIP Order* [Docket No. 602]; and due and sufficient notice having been afforded to creditors and interested parties in accordance with the Bankruptcy Code and Bankruptcy Rules; and based upon the record, the Court finds that grounds exist for the conversion of the Chapter 11 cases and that conversion to Chapter 7 is in the best interests of creditors and other interests of the estates; and based upon the foregoing and on the record in this case, it is hereby,

**ORDERED, ADJUDGED** and **DECREED** as follows:

1. Upon the agreement of Fifth Third Bank, the Debtors, and the Committee, the Second Conversion Motion is hereby GRANTED to the extent set forth herein.

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Simplexity, LLC (9770); Simplexity Services, LLC (2823) (together with Simplexity, LLC, the "Simplexity Debtors"); and Adeptio INPC Holdings, LLC (4699) ("Adeptio"). The Simplexity Debtors' mailing address is 10790 Parkridge Blvd., Suite 200, Reston, VA 20191. Adeptio's mailing address is Cira Centre, 2929 Arch Street, Suite 1800, Philadelphia, PA 19104.

01:16458627.2

2. As of the date of the entry of this order, (the "Conversion Date"), these Chapter 11 cases are hereby converted to cases under Chapter 7 of the Bankruptcy Code.

3. The Debtors, as soon as practicable after the Conversion Date, shall:

    A. Turn over to the Chapter 7 trustee any and all records and estate property under their dominion, control and custody as required by Federal Rule of Bankruptcy Procedure 1019(4);

    B. Within fifteen (15) days of the Conversion Date, file a schedule of unpaid debts as of the Conversion Date incurred after commencement of the cases, including the name and address of each creditor as required by Federal Rule of Bankruptcy Procedure 1019(5); and

    C. Within thirty (30) days of the Conversion Date, file and transmit to the Office of the United States Trustee a final report and account as required by Federal Rule of Bankruptcy Procedure 1019(5)(A).

4. A representative of the Debtors, and, if so requested by the Chapter 7 trustee, counsel to the Debtors in these cases, shall appear at the first meeting of creditors pursuant to section 341(a) and 343 of title 11 of the United States Code and such representative shall be available to testify at such hearing.

5. As of the Conversion Date, all causes of action of the Debtors and their estates shall vest in the Chapter 7 trustee.

6. Within thirty (30) days of the Conversion Date, the professionals retained in these Chapter 11 cases shall file final applications for compensation, which final applications shall be filed and served in accordance with the *Order, Pursuant to Sections 105(a) and 331 of the Bankruptcy Code, Bankruptcy Rule 2016, and Local Rule 2016-1, Establishing Procedures for Interim Compensation and Reimbursement of Expenses of Professionals* [Docket No. 142]. A hearing on such timely filed final applications shall be held before this Court approximately sixty (60) days after the Conversion Date on __March 9__ 2015 at __11:00__ A.M. (ET).

7.  This Court shall retain jurisdiction over the terms and conditions of this Order.

Dated: January 6, 2015
Wilmington, Delaware

_____
Kevin Gross
United States Bankruptcy Judge